**EXHIBIT 1**

 **CUNA MUTUAL GROUP**

*CUMIS Insurance Society, Inc.*

P.O. Box 1084 • 5910 Mineral Point Road
Madison, WI 53701-1084
800.637.2676

111-0091-5
037911-13

## DECLARATIONS
## CREDIT UNION BOND

Insured:
    Les Bois Federal Credit Union
    PO Box 73
    Boise ID 83729 0073

Bond Number: 037911-13

This Bond is effective at 12:01 a.m. on 07/01/2006 and is continuous until canceled.

These Declarations are effective at 12:01 a.m. on 07/01/2006 and supersede any previous Declarations.

Reason for new Declarations:
    Renewal

Countersignature
(Where Required)

# EXHIBIT **!**

**This document contains confidential information that belongs to CUNA Mutual Group. No part of this document may be transmitted, reproduced, used, or disclosed outside of the receiving credit union/organization without the express written consent of CUNA Mutual Group.**



**CUNA MUTUAL GROUP**

*CUMIS Insurance Society, Inc.*

P.O. Box 1084 • 5910 Mineral Point Road
Madison, WI 53703-1084
800.637.2676

111-0091-5
037911-13

# DECLARATIONS
# CREDIT UNION BOND

The Annual Bond Period begins at 12:01 a.m. on 07/01/2006 and ends at 12:01 a.m. on 07/01/2007
The Annual Bond Premium shown below is for an entire Annual Bond Period, whether or not your
coverage is in effect during that entire period

**IF "NOT COVERED" IS INSERTED OPPOSITE ANY COVERAGE BELOW, THAT
COVERAGE IS NOT AFFORDED AND IS DEEMED DELETED FROM THIS BOND.**

## SECTION 1

| | Coverage | Single Loss Limit Of Liability | Single Loss Deductible |
|---|---|---|---|
| | Basic Coverages | | |
| A. | Employee Or Director Dishonesty | $2,500,000 | $0 |
| B. | On Premises | $2,500,000 | $0 |
| C. | In Transit | $2,500,000 | $0 |
| D. | Defense Costs | $2,500,000 | $0 |
| E. | Counterfeit Currency | $2,500,000 | $0 |
| F. | Employee & Member Property | $1,750,000 | $0 |
| G. | Reward Payment | $10,000 | $0 |
| H. | Payments for Injury Or Death | | |
| | Death Payments | $100,000 | $0 |
| | Injury Payments | $50,000 | $0 |
| I. | Post - Robbery Trauma Counseling | $10,000 | $0 |
| J. | Faithful Performance - Enhanced | $2,500,000 | $0 |
| K. | Faithful Performance | Not Covered | |
| L. | Extortion, Kidnap And Ransom Loss | $2,500,000 | $0 |
| M. | Extortion-Kidnap/Investigation Expense | $225,000 | $0 |
| N. | Cash Letter | $2,500,000 | $0 |
| O. | Funds Transfer | $2,500,000 | $0 |
| P | Electronic Crime | $2,500,000 | $0 |
| Q. | Audit Expense | $25,000 | $0 |
| R. | Fraudulent Deposits | $250,000 | $1,500 |
| S. | Forgery or Alteration | $250,000 | $1,500 |
| T. | Stop Payment and Wrongful Dishonor | $250,000 | $100 |
| U. | Unauthorized Signature | $250,000 | $100 |
| V. | Mortgage Defective Signature | $250,000 | $100 |
| W. | Counterfeit Share Draft & Securities | $250,000 | $100 |
| X. | Business Credit Card/Travel Advance | $1,750,000 | $0 |
| Y. | IRA and EDCP | $1,000,000 | $0 |
| Z. | ATM - Off Premises | Not Covered | |
| AA. | Telephone Toll Crime | Not Covered | |

This document contains confidential information that belongs to CUNA Mutual Group.  No part of this document may be transmitted,
reproduced, used, or disclosed outside of the receiving credit union/organization without the express written consent of CUNA Mutual Group.

DMH 06/15/2006
Bond 501 05 05                    CUMIS Insurance Society, Inc. 2001                    Page 2 of 4

 **CUNA MUTUAL GROUP**

*CUMIS Insurance Society, Inc.*

P.O. Box 1084 • 5910 Mineral Point Road
Madison, WI 53701-1084
800.637.2676

111-0091-5
037911-13

**DECLARATIONS**
**CREDIT UNION BOND**

---

BB.   Signature Guarantee                                          Not Covered

Rated for a Share Draft program:  Yes

SECTION 2 – Optional Coverages with Annual Aggregate Limits Of Liability    Any Single Loss
Limit Of Liability is included within the applicable Annual Aggregate Limit Of Liability and is not in
addition to the applicable Annual Aggregate Limit Of Liability.

| | Coverage | Annual Aggregate Limit Of Liability | Single Loss Limit Of Liability | Single Loss Deductible |
|---|---|---|---|---|
| CC. | Electronic Crime – Loan | Not Covered | | |

| | | Annual Aggregate Limit Of Liability | Annual Aggregate Deductible |
|---|---|---|---|
| DD. | Computer Crisis Management | Not Covered | |

SECTION 3 – Optional Coverages Added by Endorsement.  Any Single Loss Limit Of Liability is
included within the applicable Annual Aggregate Limit Of Liability and is not in addition to the
applicable Annual Aggregate Limit Of Liability

| | Coverage | Single Loss Limit Of Liability | Single Loss Deductible |
|---|---|---|---|
| | Safe Deposit Box | | |
| EE. | Safe Depository | $300,000 | $0 |
| FF. | Loss Of Members' Property: Money Excluded | $300,000 | $0 |

SECTION 2 – Optional Coverages with Annual Aggregate Limits Of Liability.  Any Single Loss
Limit Of Liability is included within the applicable Annual Aggregate Limit Of Liability and is not in
addition to the applicable Annual Aggregate Limit Of Liability.

| | Coverage | Annual Aggregate Limit Of Liability | Single Loss Limit Of Liability | Single Loss Deductible |
|---|---|---|---|---|
| GG. | Consumer Legislation | $1,000,000 | $500,000 | $100 |

This document contains confidential information that belongs to CUNA Mutual Group.  No part of this document may be transmitted,
reproduced, used, or disclosed outside of the receiving credit union/organization without the express written consent of CUNA Mutual Group.
DMH 06/15/2006
Bond 501 05 05                              CUMIS Insurance Society, Inc. 2001                              Page 3 of 4

 **CUNA MUTUAL GROUP**

*CUMIS Insurance Society, Inc.*

P.O. Box 1084 • 591D Mineral Point Road
Madison, WI 53701-1084
800.637.2676

111-0091-5
037911-13

## DECLARATIONS
## CREDIT UNION BOND

|  | Annual Aggregate Limit Of Liability | Annual Aggregate Deductible |
|---|---|---|
| HH. Plastic Card/PIN Co-Payment 15% | $1,000,000 | $8,000 |

| You have purchased Plastic Card/PIN Coverage for: | Per Card Number Limit Of Liability | Per Card Number Deductible |
|---|---|---|
| Worldwide Credit Card Program | $10,000 | $0 |
| Worldwide Debit Card Program | $5,000 | $0 |

Total Annual Premium:

Premium Discount Plan:
Your premium above reflects discounts based on:
- Financial Strength
- Purchase of Other CUNA Mutual Group Coverages
- Recognition of Your Long-Term Purchase of CUNA Mutual Products
- Annual Pay Discount
- CUPOP Discount

These Declarations together with the following forms complete this Bond:
**See Schedule Attached**

**This document contains confidential information that belongs to CUNA Mutual Group.   No part of this document may be transmitted, reproduced, used, or disclosed outside of the receiving credit union/organization without the express written consent of CUNA Mutual Group.**
DMH 06/15/2006
Bond 501 05 05                    CUMIS Insurance Society, Inc. 2001                    Page 4 of 4



**CUNA MUTUAL GROUP**

*CUMIS Insurance Society, Inc.*

P.O. Box 1084 • 5910 Mineral Point Road
Madison, WI 53701-1084
800.637.2676

Important Notice to Policyholders
Changes in Coverage
Credit Union Bond

As previously notified, Credit Union Bond policies with renewal dates on or after July 1, 2006, will include some changes in coverage to ensure more consistency with emerging industry standards.

Most changes are language clarifications, but some changes will expand coverage, reduce coverage, or require you to modify funds transfer security procedures  Highlights of the major changes to the Credit Union Bond include:

### Forgery or Alteration
Removing coverage under Forgery or Alteration for losses from deposited items. Forgery or Alteration is intended to cover items drawn on a member's account, or other types of losses such as forged loan documents, not deposits.  Refer to Fraudulent Deposit coverage (see Fraudulent Deposit below) for deposit-related losses.  Our Fraudulent Deposit coverage was developed to cover deposit losses.

### Counterfeit Currency
Removing coverage under Counterfeit Currency for money orders  Refer to Fraudulent Deposit coverage (see Fraudulent Deposit below) for deposit-related losses. Our Fraudulent Deposit coverage was developed to cover deposit losses

### Fraudulent Deposit
Clarifying that Fraudulent Deposit coverage only applies to losses where the member knowingly intended to deceive the credit union and cause a loss.  Scams have increased against members where the member is victimized.  These member losses continue to not be covered under Fraudulent Deposit.

### Funds Transfer
Modifying Funds Transfer coverage to require a callback procedure, or a signed written agreement with the member authorizing another commercially reasonable type of security procedure. The coverage previously only required a commercially reasonable security procedure, without specifying either a callback or a written agreement  The lack of specific guidelines created misunderstandings. This change is consistent with the approach used by other financial institution bond insurers. Our policy now clearly defines the callback procedure process, and specifies that the callback must be made to a designated secure telephone number.

### Consumer Legislation
Removing coverage under Consumer Legislation for losses involving buy-rate agreements, which allow auto dealers to mark up interest rates on indirect loans.

**Employee Dishonesty**

Broadening Employee Dishonesty coverage to include losses other than from loans or trade (investments). This change is in response to requests from credit unions.

**Digitized Signatures**

Adding language to provide that Forgery coverage will apply to digitized signatures captured on electronic signature pads. This is a unique enhancement, which provides broader Forgery coverage than what is offered in the typical industry policy.

You can visit our UserID Protected web site, where you will find additional detailed information about the coverage changes and policy training opportunities. The information is posted at: www.cunamutual.com/policyinfo

If you do not already have access to our UserID Protected web site, please follow these simple instructions:

- If you do not currently have a UserID and Password, please go to **New User Registration** located on our home page (www.cunamutual.com) Follow the simple five-step process to request access to the Credit Union Protection Resource Center.
- If you already have a UserID and Password, but still can't access the Policyinfo page, click **Edit My Services** after signing in to add the **Credit Union Protection Resource Center** to your personalized list.
- Forgot your password, or need help? Contact Internet Technical Support at 1-800-962-5465.

If you need additional assistance in understanding the policy changes and/or managing your business risk, contact your CUNA Mutual account representative, or the Credit Union Protection Response Center at 1-800-637-2676. As always, we want to ensure that you get the coverage you need, the service you want, and the protection you deserve.

No coverage is provided by this summary, nor does it replace any provision of the policy   Please read the actual policy for coverage, terms, conditions and exclusions.

 

**CUNA MUTUAL GROUP**
*CUMIS Insurance Society, Inc.*
P.O. 1084 • 5910 Mineral Point Road
Madison, WI 53701-1084
-800.637.2676

037911

## EMPLOYMENT RETIREMENT INCOME SECURITY ACT (ERISA)
## TRANSACTION NOTICE for the employee benefit plan for employees of

Les Bois Federal Credit Union

We are sending this written notice to comply with federal law since there is a transaction on one or more of the following:

- Credit Union Bond for Employee Or Director Dishonesty Coverage,
- Commercial Crime Policy for Employee Dishonesty Coverage or
- Fiduciary liability Insurance Policy.

The federal ERISA law prohibits certain transactions between employee benefit plans and certain parties. A class exemption permits an insurance company and their representative to carry out one or more of the following transactions:

- Issuing a new bond or insurance policy,
- Renewing a bond or insurance policy,
- Changing a coverage limit or
- Changing the deductible on the Fiduciary Liability Policy

Provided you acknowledge and approve of transaction.

Your payment of premium or acceptance of a return premium on behalf of the plan is your written acknowledgement and approval of the transaction(s) on one or more of the enclosed policies. This notice requires no additional action by you.

# FORMS SCHEDULE

**POLICY NUMBER:**       037911

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:

REFER TO DECLARATIONS FOR APPLICABLE PREMISES AND COVERAGES

| Form and Edition | Description |
| --- | --- |
| Bond 500 03 06 | CREDIT UNION BOND COVERAGE FORM |
| Bond 523 03 06 ID | BOND ENDORSEMENT |
| Bond 505 02 01 | SAFE DEPOSIT BOX ENDORSEMENT |
| Bond 506 05 05 | PLASTIC CARD/PIN ENDORSEMENT |
| Bond 507 03 06 | CONSUMER LEGISLATION ENDORSEMENT |

# CREDIT UNION BOND

## CONTENTS

Declarations ............................................................................................................. i

Coverages ............................................................................................................... 1

Definitions .............................................................................................................. 14

Exclusions .............................................................................................................. 30

IRA And EDCP Additional Exclusions ................................................................ 39

General Agreements .............................................................................................. 40

Conditions .............................................................................................................. 44

Index ...................................................................................................................... 54


**CUNA MUTUAL GROUP**

*CUMIS Insurance Society, Inc*
P.O. Box 1084 • 5910 Mineral Point Road
Madison, WI 53701-1084
800.637.2676

## CREDIT UNION BOND

This Credit Union Bond applies to covered loss discovered by you while this Bond is in effect. Some provisions restrict coverage. Do not rely on the title or captions used in this Bond. Read this entire Bond carefully to determine your rights, duties and what is or is not covered.

Throughout this Bond the words *you* and *your* refer to the Insured shown on the Declarations. The words *we, us* and *our* refer to CUMIS Insurance Society, Inc

Words and phrases appearing in quotation marks in this Bond are defined under the Definitions section of this Bond

All coverages in this Bond are subject to the Declarations, Definitions, Exclusions, General Agreements and Conditions, except as modified in any endorsement.

Coverages set forth below are only afforded to you if, and to the extent that, coverage is indicated on the Declarations.

## COVERAGES

### A. Employee Or Director Dishonesty

We will pay you for your loss resulting directly from dishonest acts committed by an "employee" or "director," acting alone or in collusion with others

Such dishonest acts must be committed by the "employee" or "director" with the manifest intent to:

a. Cause you to sustain such loss; or

b. Obtain an improper financial benefit for the "employee," "director," or for any other person or entity.

However, if some or all of your loss resulted directly or indirectly from a "loan" or "trade," that portion of the loss is not covered unless you establish that the portion of the loss involving a "loan" or "trade" resulted directly from dishonest acts committed by the "employee" or "director," acting alone or in collusion with others, with the manifest intent to:

1) Cause you to sustain such loss; and

2) Obtain an improper financial benefit for the "employee" or "director," or a financial benefit for any other person or entity.

As used in this coverage, an improper financial benefit does not include any employment benefits received in the course of employment including salaries, commissions, fees, bonuses, promotions, awards, profit sharing, business entertainment or pensions.

**B. On Premises**

1. We will pay you for your loss of "covered property" resulting directly from "theft" committed:

   a. By a person physically present on your "premises"; and

   b. While the "covered property" is on your "premises."

2. We will pay you for loss of or damage to the property listed below resulting directly from a "theft" or attempted "theft" on your "premises":

   a. Offices; or

   b. Furnishings; or

   c. Fixtures; or

   d. Supplies; or

   e. Paper books; or

   f. Paper records; or

   g. Equipment.

   Coverage is provided only if you own or are legally liable for the above property. Coverage is not provided if the loss or damage results directly or indirectly from fire in connection with the "theft" or attempted "theft."

3. We will pay you for your loss of "covered property" resulting directly from its mysterious unexplainable disappearance, misplacement, damage or destruction while on your "premises."

**C. In Transit**

We will pay you for your loss of "covered property" resulting directly from its "theft," mysterious unexplainable disappearance, misplacement, damage or destruction while physically (not electronically) in transit and within the custody of:

a. An "employee" or other natural person you have selected to act as your messenger; or

b. An armored motor vehicle company utilizing an armored motor vehicle to transport "covered property."

C.  In Transit – continued

Transit begins immediately upon receipt of the "covered property" by such "employee" or other natural person you have selected to act as your messenger, or such armored motor vehicle company, and ends immediately upon delivery at the destination.

D.  Defense Costs

We will pay for:

1.  "Defense costs" incurred on your behalf by us if we elect to defend; or

2.  Reasonable "defense costs" paid by you if we elect not to defend,

any "lawsuit" brought against you to enforce your liability or alleged liability for any loss, claim or damage which, if established against you, would constitute a valid and collectible loss under this Bond in excess of the applicable deductible, except for loss under:

a   Consumer Legislation Endorsement; or

b   Safe Deposit Box Endorsement; or

c.  Employee And Member Property Coverage; or

d.  Reward Payment Coverage; or

e.  Payments For Injury Or Death Coverage; or

f.  Post-Robbery Trauma Counseling Coverage; or

g.  Audit Expense Coverage; or

h.  Computer Crisis Management Coverage.

Payment of "defense costs" will be in addition to whatever coverage may ultimately be available under this Bond for such valid and collectible loss.

E.  Counterfeit Currency

1.  We will pay you for your loss resulting directly from your acceptance of physical (not electronic) "counterfeit" "currency."

2.  We will pay you for your loss resulting directly from you paying or redeeming, or guaranteeing or witnessing any signature upon, any physical (not electronic) United States Savings Bond or Armed Forces Leave Bond, which is "counterfeit," altered, lost, stolen, or which bears a signature which is a "forgery."

 Copyright CUMIS Insurance Society, Inc 2001, 2004, 2006

## CREDIT UNION BOND

### COVERAGES

**F. Employee And Member Property**

We will reimburse you for payments you make to an "employee" or to your member for loss of their property stolen or damaged by a person committing a robbery or burglary:

1. On your "premises"; or

2. In your parking lot, driveway or sidewalk immediately adjacent to your credit union office; or

3. At an "automated teller machine" owned or operated by you; or

4. At a "service center" authorized to conduct transactions on your behalf; or

5. With respect to "employee's" property only, while the "employee" is transporting "covered property" for you.

**G. Reward Payment**

We will reimburse you for your payment of a reward for information leading to the capture or apprehension of any person who, during the Annual Bond Period, robbed your messenger, robbed or burglarized your "premises," committed "extortion, kidnap or ransom," or attempted to rob or burglarize your "premises," provided capture or apprehension is effected not later than 18 months after the expiration of the Annual Bond Period in which the incident is discovered. You must obtain prior written approval from us concerning the terms and amount of the reward.

**H. Payments For Injury Or Death**

1. Subject to the provisions of paragraphs 2. and 3. below, we will reimburse you for payments you make to a "director," "employee," your member, or to his/her estate, if as a result of bodily injury inflicted by any person while such person is committing or attempting to commit a robbery or burglary, or committing "extortion, kidnap or ransom," the "director," "employee" or your member:

   a. Died, provided that our maximum liability for payments you make in respect of the death of any "director," "employee" or your member will be limited to the amount shown on the Declarations as the Single Loss Limit Of Liability for Death Payments; or

   b. Sustained bodily injury, provided that our maximum liability for total payments you make to a "director," "employee" or your member will be limited to the amount shown on the Declarations as the Single Loss Limit Of Liability for Injury Payments, and will be further limited to the weekly sum of $500 during the period during which such injured person requires continuous medical or surgical treatment, hospital confinement or the services of a trained nurse, as a result of such bodily injury.

2. Any "director" or "employee" to whom, or in respect of whom, you make payments must have sustained bodily injury during the Annual Bond Period and while performing a service anywhere for you.

**CREDIT UNION BOND**

**COVERAGES**

H. Payments For Injury Or Death - continued

    3. Your member to whom, or in respect of whom, you make payment must have sustained bodily injury during the Annual Bond Period and while transacting business:

      a.  On your "premises"; or

      b.  In your parking lot, driveway or sidewalk immediately adjacent to your credit union office; or

      c.  At an "automated teller machine" owned or operated by you; or

      d.  At a "service center" authorized to conduct transactions on your behalf.

I. Post-Robbery Trauma Counseling

    We will reimburse you for payments you make for "counseling expenses" resulting from mental trauma injury inflicted upon a "director," "employee" or your member by any person while such person is committing or attempting to commit a robbery or burglary, or committing "extortion, kidnap or ransom."

    Any such payments you make must be made to:

    1.  A "director" or "employee" who sustained such mental trauma injury during the Annual Bond Period and while performing a service anywhere for you; or

    2.  Your member who sustained such mental trauma injury during the Annual Bond Period and while transacting business:

      a.  On your "premises"; or

      b.  In your parking lot, driveway or sidewalk immediately adjacent to your credit union office; or

      c.  At an "automated teller machine" owned or operated by you; or

      d.  At a "service center" authorized to conduct transactions on your behalf.

J. Faithful Performance - Enhanced

    We will pay you for your loss resulting directly from a named "employee's" "failure to faithfully perform his/her trust."

    The Application Of Realized Earnings In Loan Losses Condition does not apply to this coverage.

**K. Faithful Performance**

We will pay you for your loss resulting directly from a named "employee's" "failure to faithfully perform his/her trust."

**L. Extortion, Kidnap And Ransom Loss**

1. We will pay you for your loss of "covered property" or other consideration you surrender away from your "premises," or loss of such "covered property" while in-transit to be surrendered by you or on your behalf, as payment by you or on your behalf resulting directly from "extortion, kidnap or ransom" or "computer extortion."

2. We will pay you for damages paid by you as the result of a judgment or award in a "lawsuit" against you establishing a negligent act, error or omission by you in connection with an "extortion, kidnap or ransom" or a "computer extortion."

3. We will pay you for your continued payments of salaries and benefits to an "employee" or "director" while detained against his/her will, up to a maximum 60 months from the first day of such detention.

**M. Extortion-Kidnap/Investigation Expense**

We will pay you for your "investigation expenses" and "extortion-kidnap expenses."

**N. Cash Letter**

1. We will pay you for the loss, in whole or in part, of your "cash letter" resulting directly from its "theft," mysterious unexplainable disappearance, misplacement, damage or destruction while physically (not electronically) in transit for the purpose of deposit, payment, collection or exchange for cash

   You must make every reasonable effort to identify depositors and obtain duplicates of the items contained in the "cash letter." We will pay you for the reasonable costs you incur to reduce a covered "cash letter" loss.

   Transit begins immediately upon receipt of the "cash letter" by the person or transportation company you have selected to transport the "cash letter" and ends immediately upon delivery at the destination.

2. Coverage will not be afforded under paragraph 1. above, unless you have a procedure in place to require, before the "cash letter" is in transit from any of your offices, that you:

   a. Record and retain the name of the issuer, drawer or maker of each item enclosed in the "cash letter," the name of the person presenting each item and the amount of each item in order to permit prompt reconstruction; or

N. Cash Letter - continued

    b. Make and retain a photographic or electronic image record of the entire "cash letter" including the front and back of each item

    You will be considered to have complied with your procedure if the photographic or electronic image record is not available because:

       1) There was a mechanical failure of the equipment; or

       2) The photographic or electronic image record was damaged or destroyed; or

       3) The photographic or electronic image record is not readable; or

       4) Your "employee" made an error or omission in complying with your procedure.

O. Funds Transfer

1. We will pay you for your loss resulting directly from fraudulent instruction through "e-mail," "telefacsimile" or "telephonic" means received by you from a person who purports to be your member, your member's authorized representative or your "employee" but is not your member, your member's authorized representative or your "employee," provided:

    a. That you performed a "callback verification" with respect to such instruction; or

    b. You followed a commercially reasonable security procedure set forth in a written funds transfer agreement, signed by the member or the member's authorized representative, that governs the transaction and instruction.

    Such instruction received by you must be either recorded or logged by you and must cause the debit or credit of an account.

    We will also pay for your loss resulting directly from fraudulent instruction through "e-mail," "telefacsimile" or "telephonic" means purportedly sent by your authorized "employee," but was not sent by your authorized "employee," to a financial institution other than you at which you have an account. Such instruction must cause the debit or credit of an account.

2. We will pay you for your loss resulting directly from a fraudulent and unauthorized ACH debit from your member's account that was originated through a financial institution other than you, provided:

    a. Your member signs a written affidavit stating that the debit was not authorized; and

    b. You have attempted to return the unauthorized ACH debit as allowed under the ACH rules.

 Copyright CUMIS Insurance Society, Inc 2001, 2004, 2006

**P. Electronic Crime**

1. We will pay you for your loss resulting directly from fraudulent:

    a. Entry of "electronic data" or "computer program" into; or

    b. Change of "electronic data" or "computer program,"

    within any "computer system" operated by you, whether owned or leased, provided the entry or change causes:

    1) Property to be transferred, paid or delivered; or

    2) An account to be added, deleted, debited or credited.

2. We will pay you for your loss resulting directly from the malicious destruction of or damage to your "electronic data" or "computer programs," while stored within your "computer system" by a computer virus or other malicious use of "computer programs."

    Our liability for loss of or damage to "electronic data" or "computer programs" is limited to the cost of duplication of such "electronic data" or "computer programs" from other "electronic data" or "computer programs" you furnish.

    If the "computer programs" cannot be duplicated from other "computer programs," the amount we will pay is limited to the reasonable cost incurred to restore the "computer programs" to substantially the previous level of operational capability. Such costs may include:

    a. Computer time; or

    b. Computer programmers; or

    c. Consultants; or

    d. Other technical specialists.

**Q. Audit Expense**

1. We will pay you for the necessary and reasonable fees and expenses you pay for a special audit of your records. Such special audit must establish a valid and collectible loss under Employee Or Director Dishonesty Coverage, Faithful Performance Coverage or Faithful Performance Coverage - Enhanced.

    Such special audit must be performed by a recognized provider of auditing services. "Employees'" salaries and other expenses are not covered without our prior consent.

Q. Audit Expense - continued

   2. We will not pay under paragraph 1. above for:

     a. A routine or periodic audit even though it may result in the establishment of a covered loss; or

     b. Correcting, modernizing or otherwise preparing your books and records after you have discovered a covered loss.

   3. For fees and expenses covered under paragraph 1. above, we will pay you the lesser of:

     a. The Single Loss Limit Of Liability for Audit Expense Coverage shown on the Declarations; or

     b. The special audit fees and expenses you paid; or

     c. 100% of the covered loss under Employee Or Director Dishonesty Coverage, Faithful Performance Coverage or Faithful Performance Coverage - Enhanced.

Audit Expense Coverage is in addition to whatever coverage may ultimately be available under this Bond for loss which is the subject of such special audit.

R. Fraudulent Deposit

   1. We will pay you for your loss resulting directly from your member depositing into a savings, checking or other depository account maintained with you an "item of deposit" that is ultimately not paid, providing that:

     a. Your member knowingly intended to deceive you and commit a fraud by depositing the "item of deposit"; and

     b. You made payment or extended credit against the "item of deposit."

   2. We will pay you for your loss resulting directly from a person exchanging for cash with you, an "item of deposit" that is ultimately not paid, providing that:

     a. Such person knowingly intended to deceive you and commit a fraud by exchanging for cash the "item of deposit"; and

     b. You made payment or extended credit against the "item of deposit"; and

     c. The "item of deposit" was not deposited by such person into a savings, checking or other depository account maintained with you.

For purposes of coverages 1. and 2. above only, exchanging for cash or permitting payments or withdrawals against an "item of deposit" prior to final settlement will not be considered extensions of credit excluded by the Loan Exclusion.

**CREDIT UNION BOND**

**COVERAGES**

**S.  Forgery Or Alteration**

We will pay you for your loss resulting directly from the "forgery" or alteration of an "instrument."

**T.  Stop Payment And Wrongful Dishonor**

1.  We will pay you for your loss resulting directly from your failure to comply with any proper notice from a member to stop payment on a share draft or check payable by you and made or drawn by the member.

2.  We will pay you for your loss resulting directly from your wrongful refusal to pay a share draft or check payable by you and made or drawn by your member. However, we will not pay for that part of the loss representing the amount of the share draft or check in question or any payment made to the payee, endorser or accommodation party of that share draft or check.

**U.  Unauthorized Signature**

We will pay you for your loss resulting directly from your honoring a share draft, check or withdrawal order of a member in reliance upon an "unauthorized signature" provided you have on file the signatures of all persons authorized to sign share drafts, checks or withdrawal orders on behalf of that member.

**V.  Mortgage Defective Signature**

We will pay you for your loss resulting directly from your having, in good faith and in the course of business, in connection with any loan, accepted or received or acted upon the faith of:

a.  Any "mortgage instrument" which proves to be defective by reason of the signature thereon of any person having been obtained through trick, artifice, fraud or false pretenses; or

b.  A recorded deed conveying real property to your member where the signature on the recorded deed conveying such real property to your member was obtained by or on behalf of your member through trick, artifice, fraud or false pretenses.

**W.  Counterfeit Share Draft, Check Or Securities**

1.  We will pay you for your loss resulting directly from a "counterfeit" share draft or check, but not a money order, that was finally paid against your corporate share or checking account or a share draft or checking account your member has with you.

2.  We will pay you for your loss resulting directly from having, in good faith, for your own account or the accounts of others acquired, sold or delivered, or given value, extended credit or assumed liability in reliance on any "counterfeit":

a.  "Certificated security"; or

**W. Counterfeit Share Draft, Check Or Securities** - continued

    b. Deed, mortgage, or other instrument conveying title to, or creating or discharging a lien on, real property; or

    c. Certificate of Origin or Title issued by a manufacturer of personal property or governmental agency evidencing the ownership of the personal property and by which ownership is transferred; or

    d. "Document of title."

    Actual physical possession, and continued actual physical possession if taken as collateral, of such "counterfeit" by you or your authorized representative is a condition precedent to your reliance upon it. If taken as collateral, release or return of such "counterfeit" is your acknowledgment that you no longer rely upon it.

**X. Business Credit Or Debit Card/Travel Advance**

    We will pay you for:

    a. Your loss of funds you advanced to an "employee" or "director" for your business travel expenses when the loss results directly from the "theft," damage or destruction of those funds; and

    b. Your loss resulting directly from the unauthorized use of a lost, altered, stolen or counterfeited business credit card or debit card issued to you by another financial institution for use by your "employees" or "directors'" solely for the payment of their expenses related to business for you.

**Y. IRA And EDCP**

    We will pay you for your loss resulting directly from any negligent act, error or omission by an "employee" or "director" in carrying out your duties as:

    a. A custodian or trustee of an "IRA"; or

    b. An employer, administrator or sponsor of your "EDCP."

**Z. ATM - Off Premises**

    We will pay you for your loss of "covered property" resulting directly from:

    a. Burglary as evidenced by physical marks of forcible entry into the "automated teller machine"; or

    b. Robbery involving violence, or threat of violence, to a person having rightful access to the "automated teller machine"; or

    c. Damage; or

**Z.  ATM - Off Premises - continued**

d.  Destruction,

of such "covered property" contained within an "automated teller machine" that you own, or are responsible to maintain and operate, but which is not located on your "premises."

**AA.   Telephone Toll Crime**

We will pay you for your loss resulting directly from telephone toll charges you incur due to the fraudulent use, manipulation or circumvention of a "password" required to access or use a "voice computer system" either owned or leased by you.

Coverage for each "single loss" will only extend for a period of 60 days, beginning with the date on which the first fraudulent toll charge was incurred.

**BB.    Signature Guarantee**

We will pay you for your loss resulting directly from your employee executing a written guarantee of signature incident to the transfer, surrender, exchange or purchase of securities.

**CC.  Electronic Crime - Loan**

We will pay you for your loss resulting directly from payments or transfers of funds fraudulently effectuated through:

a.   A fraudulent "digital signature" relied on to create, or alter the terms or the amount of, a "loan" with you, provided that the "digital signature" certificates were issued by you or by a business entity serving as a trusted third party certificate authority after utilizing an authentication process; or

b.   The withdrawal or transfer of the proceeds of a member's existing "loan" by a person other than the member who has obtained unauthorized access into the member's account information, as maintained in "electronic data" form on a "computer system"; or

c.   A breach of "computer security" through which:

1)  Your established and customarily enforced loan review and approval process is circumvented; and

2)  A "loan" is created or the amount of credit you extend in connection with an existing "loan" to a member is increased.

**DD.   Computer Crisis Management**

We will pay you for "crisis control expenses" you incur resulting directly from any one of the following types of malicious attack against your "computer system" that you solely own or are the sole lessee:

DD.   Computer Crisis Management – continued

   a.   Unauthorized modification of your "website"; or

   b.   A "denial of service attack"; or

   c.   A breach of "computer security" leading to the theft of confidential information; or

   d.   "Computer extortion."

Bond 500 03/06          Copyright CUMIS Insurance Society, Inc. 2001, 2004, 2006          Page 13 of 58

**CREDIT UNION BOND**

**DEFINITIONS**

1. Acceptance

   "Acceptance" means a draft that the drawee has, by signature written on the draft, engaged to honor as presented.

2. Audio Response Systems

   "Audio response systems" means a touch-tone or voice-activated automated telephone system which allows members to initiate their own banking transactions, without voice communication to a person.

3. Authentication Mechanism

   "Authentication mechanism" means a password, Personal Identification Number (PIN), "digital signature" or other confidential and protected string of characters or code, or other electronic identification method that identifies or authenticates the access rights of a person.

4. Automated Teller Machine

   "Automated teller machine" means an electronic mechanical device which requires the use of an access card, PIN or other electronic identification method to disburse currency or accept deposits.

5. Callback Verification

   "Callback verification" means an outgoing telephone call placed by you to verify the identity and authority of the member, the member's authorized representative, or your "employee" which:

   a   You performed prior to executing the instruction; and

   b.  You placed to a "secure telephone number"; and

   c.  Resulted in confirmation that the instruction was sent by the member, the member's authorized representative, or your "employee," who you believed to be the authorized sender to initiate such instruction

6. Cash Letter

   "Cash letter" means a letter:

   a.  Containing restrictively endorsed checks, restrictively endorsed share drafts and restrictively endorsed drafts, promissory notes and like items that you have accepted for deposit, payment, collection or exchanged for cash, together with a detailed listing of same; and

   b.  Which is sent by you for deposit, payment, collection or exchanged for cash.

7. Certificate Of Origin Or Title

"Certificate of origin or title" means a written document issued by a manufacturer of personal property or a governmental agency evidencing the ownership of the personal property and by which ownership is transferred.

8. Certificated Securities

"Certificated securities" means shares, participations or other interests in property of or enterprises of the issuer, or obligations of the issuer, which are:

a. Represented by an instrument issued in bearer or registered form; and

b. Of a type commonly dealt in on securities exchanges or markets or commonly recognized in any area in which it is issued or dealt in as a medium for investment; and

c. Either one of a class or series or by its terms divisible into a class or series of shares, participations, interests or obligations.

9. Computer Extortion

"Computer extortion" means an illegal threat by a person who then demands a ransom as a condition of not carrying out such threat to introduce or make active a computer virus in your "computer system"; or to divulge, disseminate or utilize confidential information held on your "computer system."

10. Computer Programs

"Computer programs" means sets of related electronic instructions that:

a. Direct the operations and functions of a computer or equipment connected to it; and

b. Enable the computer or equipment to receive, process, store or send "electronic data."

11. Computer Security

"Computer security" means a combination of hardware, "computer programs" and procedures intended to protect a "computer system" and its "electronic data" from unauthorized access and manipulation

12. Computer System

"Computer system" means computers, with their related components by which data are electronically collected, transmitted, processed, stored and retrieved, including:

a. Storage components; and

b. "Computer programs"; and

12. Computer System – continued

  c. Terminal devices; and

  d. Data communication networks connected to or interacting with a., b., or c. above; and

  e. "Audio response systems" providing members direct access to a., b., c. or d.; and

  f. Internet banking systems providing members direct access to a., b., c. or d. above to perform transactions.

13. Consumer Legislation

"Consumer legislation" means the following federal consumer acts and/or provisions of state law which directly correspond to specific provisions of these federal acts:

  a. Truth-in-Lending Act [Regulation Z] (15 USC 1601); or

  b. Fair Credit Billing Act (15 USC 1666); or

  c. Consumer Leasing Act [Regulation M] (15 USC 1667); or

  d. Fair Credit Reporting Act (15 USC 1681), excluding the amendments from the Fair and Accurate Credit Transactions Act of 2003 as established in U.S. Public Law 108-159, 108th Congress (12/04/03) and any amendments or revisions thereto; or

  e. Equal Credit Opportunity Act [Regulation B] (15 USC 1691); or

  f. Real Estate Settlement Procedures Act [RESPA] (12 USC 2601); or

  g. Federal Trade Commission Holder in Due Course Rule (16 CFR 433), such coverage limited to statutory penalties for failure to provide required notice disclosures ; or

  h. Electronic Fund Transfers Act [Regulation E] (15 USC 1693); or

  i. Expedited Funds Availability Act [Regulation CC] (12 USC 4001) Subpart A (General) and Subpart B (Availability of Funds and Disclosure of Funds Availability Policies) only.

14. Counseling Expenses

"Counseling expenses" means the cost of psychiatric consultation or post-trauma counseling by a licensed professional.

15. Counterfeit

"Counterfeit" means an imitation which is intended to deceive and to be taken as an original.

 Copyright CUMIS Insurance Society, Inc. 2001, 2004, 2006

16. Covered Property

"Covered property" means the following physical (not electronic) items in which you have a financial interest or which are held by you in any capacity:

a. Currency, coins, bank notes or Federal Reserve Notes; or

b. Checks, drafts or share drafts; or

c. Original mortgages, documents of title, evidences of debt, security agreements, money orders, certificates of deposit or "certificated securities"; or

d. Precious metals, jewelry, gemstones, tickets, stamps or coupons.

17. Crisis Control Expenses

"Crisis control expenses" means the reasonable fees and expenses you pay for:

a. Computer security consultants, computer programmers or other technical specialists retained; or

b. Public relations expenses incurred; or

c. Substitute systems used to resume activities,

to avoid, investigate or mitigate the potential or actual impact upon your business operations of a covered attack.

"Crisis control expenses" do not include salaries, wages or expenses of any "employee."

18. Currency

"Currency" means coin or paper money used as a medium of exchange that is authorized or adopted by a domestic or foreign government. "Currency" does not mean a check, draft or money order of any kind.

19. Defense Costs

"Defense costs" means reasonable attorneys' fees, disbursements, expenses and court costs incurred in the investigation and defense of a "lawsuit," including any appeals and the premium for any attachment, appeal or other similar bonds.

"Defense costs" does not mean or include:

a. Your wage, salary, benefit or overhead expenses; or

**CREDIT UNION BOND**

**DEFINITIONS**

19. Defense Costs - continued

   b. Any attorneys' fees, disbursements, costs or expenses incurred in connection with an affirmative claim by you or on your behalf, including counterclaims, cross-claims or third-party claims, except for claims for contribution or indemnity asserted with our consent.

20. Denial Of Service Attack

   "Denial of service attack" means the intentional transmission of multiple illegitimate communications and/or requests to a "computer system" for the purpose of slowing, interrupting or halting the ability of the "computer system" to process or respond to legitimate communications and/or requests

21. Digital Signature

   "Digital signature" means a type of electronic signature that transforms a message using an asymmetric cryptosystem (public and private key pair) such that a person having the initial message and the signer's public key can accurately determine:

   a. Whether the transformation was created using the private key that corresponds to the signer's public key; and

   b. Whether the initial message has been altered since the transformation was made

   A "digital signature" is:

   1) Intended by the party creating it to have the same force and effect as the use of a manual signature; and

   2) Unique to the party creating it; and

   3) Linked to data in such a manner that it is invalidated if the data is changed

22. Director

   "Director" means a person elected or appointed to your Board Of Directors according to your charter or bylaws and the laws under which the charter is issued.

23. Document Of Title

   "Document of title" means a bill of lading, dock warrant, dock receipt, warehouse receipt or order for delivery of goods, and any other document which in the regular course of business or financing is treated as adequately evidencing that the person in possession of it is entitled to receive, hold and dispose of the document and the goods it covers, and must purport to be issued by or addressed to a bailee and purport to cover goods in the bailee's possession which are either identified or are fungible portions of an identified mass.

24. E-Mail

"E-mail" means a message transmitted from one person to another person by use of the Internet or any network of two or more computers, including but not limited to:

a. Computer instant messaging; or

b. Online chat systems; or

c. Online forms that are completed and forwarded to an "employee" for processing

25. EDCP

"EDCP" means an eligible deferred compensation plan which meets the requirements of section 457(b) of the Internal Revenue Code and is limited to select management and highly compensated employees.

26. Electronic Data

"Electronic data" means facts or information converted to a form usable in a "computer system."

27. Employee

1. "Employee" means persons who were, are, or may be in the future, acting under your immediate direction and control in the conduct of your business and while in the course or scope of performance of their assigned duties; and

a    Paid a regular wage or salary by you or by an employment service who provides such persons to you; or

b. Persons serving on your committees appointed or elected by your Board Of Directors or by your membership in accordance with your bylaws or by written resolution of your Board Of Directors; or

c. Your credit union volunteers, except for "directors" acting as "directors"; or

d. Guest students while pursing studies or duties on your "premises"; or

e. Persons who are "directors" but are acting in the capacity of an "employee," as defined here

2. "Employee" also means:

a. Persons legally appointed to act on your behalf as your trustee, receiver or liquidator; or individuals employed by a conservatorship for you established by the National Credit Union Administration or any state governmental credit union regulator; or

b. Employees of an institution merged with you prior to the effective date of this Bond.

27. Employee - continued

3. For Employee Or Director Dishonesty Coverage only, "employee" also means:

    a. Persons retained by you to act on your behalf to collect the unpaid balance of your delinquent "loan" account; or

    b. Any "director" or person who meets the definition of "employee" in paragraph 1. above who handles funds or other property of any "employee benefit plan," owned, controlled or operated by you, while such "director" or person handles funds or other property of any such "employee benefit plan," or any other person who is a trustee, manager, officer or employee of any such "employee benefit plan."

    c. Persons you authorize, or persons employed by a partnership or corporation you authorize, to perform services as a processor of your checks, share drafts, automated clearinghouse items, member bill payments or accounting records. All persons employed by any partnership or corporation you authorize to perform such services, including its partners, officers and employees, will collectively be considered one "employee" for all purposes of this Bond, except for the Termination Or Limitation Of Coverage For Employee Or Director Condition. However, the following processors, and the persons employed by them, will not be considered "employees" under this Bond:

        1) Developers or modifiers of computer software programs; or

        2) A Federal Reserve Bank or a clearinghouse; or

        3) A credit card or debit card processor.

    d. Retained accountants and their staff only while performing accounting services for you; or

    e. Retained attorneys and their staff only while performing legal services for you; or

    f. "Servicing contractors." All persons employed by any "servicing contractor," including its partners, officers and employees, will collectively be considered one "employee" for all purposes of this Bond, except for the Termination Or Limitation Of Coverage For Employee Or Director Condition

4. Unless specifically listed in paragraphs 1, 2. or 3. above, "employee" does not mean:

    a. Independent contractors; or

    b. Agents, meaning persons authorized by you to act for you; or

    c. Brokers; or

27. Employee - continued

    d.  Persons employed by the Federal Reserve system; or

    e.  Consultants; or

    f.  Persons acting on behalf of a "service center," including those who might otherwise be your "employee."

28. Employee Benefit Plan

"Employee benefit plan" means:

    a.  A group accident or health insurance plan, including a dental or vision plan; or

    b.  A group life insurance plan; or

    c.  A pension plan; or

    d.  Any other plan qualified under Section (3) of the Employee Retirement Income Act of 1974 (ERISA) as amended and any regulations promulgated thereunder.

29. Environment

"Environment" means:

    a.  Any person; or

    b.  Any man-made object or feature; or

    c.  Any animals, crops or vegetation; or

    d.  Any land, bodies of water, underground water or water table supplies, air and any other feature of the earth or its atmosphere, whether or not altered, developed or cultivated and whether or not owned, controlled or occupied by you.

30. Extortion, Kidnap Or Ransom

"Extortion, kidnap or ransom" means any of the following threats made to you, your "employee" or "director" for the purpose of compelling you to take, or refrain from taking, any action, or to transfer anything of value:

    a.  To physically harm someone; or

    b.  To damage your personal or real property; or

30. Extortion, Kidnap Or Ransom – continued

    c. To sell or disclose your security information not held on your "computer system"; or

    d. To detain or continue to detain a "director," "employee," your member or any of their immediate family against his or her will.

31. Extortion-Kidnap Expenses

"Extortion-kidnap expenses" means the following reasonable fees and expenses incurred and paid by you with our prior written consent for the purpose of mitigating the consequences to you of an "extortion, kidnap or ransom":

    a. An independent security consultant; and

    b. An independent public relation consultant; and

    c. Independent security guards for up to 15 days; and

    d. Temporary protection for a threatened "director," "employee" or any of their immediate family for up to 15 days; and

    e. Independent forensic analysis; and

    f. Other reasonable fees and expenses incurred.

32. Failure To Faithfully Perform His/Her Trust

"Failure to faithfully perform his/her trust" means acting in conscious disregard of your established and enforced share, deposit or lending policies.

"Failure to faithfully perform his/her trust" does not mean:

    a. Negligence, mistakes or oversights; or

    b. Acts or omissions resulting from inadequate training; or

    c. Unintentional violation of laws or regulations; or

    d. Unintentional violation of your policies or procedures; or

    e. Acts or omissions known to, acquiesced in, or ratified by your Board Of Directors; or

    f. Acts of an "employee" for which you could have made claim under Employee Or Director Dishonesty Coverage.

Copyright CUMIS Insurance Society, Inc 2001, 2004, 2006

33. Federal Mortgage Agency

"Federal Mortgage Agency" means the following and its successors and assigns:

a. Federal National Mortgage Association (Fannie Mae); or

b. Federal Home Loan Mortgage Company (Freddie Mac); or

c. Government National Mortgage Association (Ginnie Mae); or

d. FHL Bank of Atlanta; or

e. FHL Bank of Boston; or

f. FHL Bank of Chicago; or

g. FHL Bank of Cincinnati; or

h. FHL Bank of Dallas; or

i. FHL Bank of Des Moines; or

j. FHL Bank of Indianapolis; or

k. FHL Bank of New York; or

l. FHL Bank of Pittsburgh; or

m. FHL Bank of San Francisco; or

n. FHL Bank of Seattle; or

o. FHL Bank of Topeka; or

p. Federal Agricultural Mortgage Corporation (Farmer Mac); or

q. Charlie Mac, LLC.

34. Forgery

"Forgery" means affixing the handwritten signature, or a reproduction of the handwritten signature, of another natural person without authorization or ratification, and with the intent to deceive.

34. Forgery - continued

A signature written on an electronic pad, which captures the signature for purposes of creating an electronic digitized image of a handwritten signature, is treated the same as a handwritten signature. Any other form of electronic signature or "digital signature" is not treated as a handwritten signature, or a reproduction of a handwritten signature.

However, a signature that consists in whole or in part of one's own name signed with or without authority, in any capacity for any purpose, is not a "forgery."

35. IRA

"IRA" means an individual retirement account not subject to Title I of the Employees Retirement Income Security Act of 1974 (Public Law 93-406) as amended.

36. Instrument

"Instrument" means an original: mortgage, "document of title," deed, contract for deed, deed of trust, promissory note, "security agreement," money order, certificate of deposit, "certificated securities," bond coupon, interim receipt for a security, assignment of mortgage, share draft, check, bill of exchange, "withdrawal order," "letter of credit," "acceptance," passbook held as collateral, or "certificate of origin or title."

"Instrument" also means a written instruction to the issuer of an "uncertificated security" requesting that the transfer, pledge, or release from pledge, of the "uncertificated security" specified, be registered.

37. Investigation Expense

"Investigation expense" means the following expenses incurred and paid by you, an "employee" or "director" in connection with a "computer extortion" or an "extortion, kidnap or ransom":

a. Reasonable fees and expenses of independent investigators or negotiators; and

b. Reasonable costs of travel and accommodations for an "employee" or "director"; and

c. Reasonable cost of legal services.

38. Item Of Deposit

"Item of deposit" means:

a. A check, draft or money order; or

b. A "counterfeit" check, "counterfeit" draft or "counterfeit" money order,

drawn on a financial institution other than you.

 Copyright CUMIS Insurance Society, Inc 2001, 2004, 2006

39. Lawsuit

"Lawsuit" means a civil court action, other legal proceeding or arbitration.

40. Letter Of Credit

"Letter of credit" means an engagement written on paper by a financial institution or other person, made at the request of a member, that the financial institution or other person will honor drafts or other demands for payment upon compliance with the conditions specified in the "letter of credit."

41. Loan

"Loan" means:

a. Any extension of credit by you; or

b. Any transaction creating a creditor relationship in your favor; or

c. Any transaction by which you assume an existing creditor relationship.

42. Mortgage Instrument

"Mortgage instrument" means an original: real property mortgage, real property deed of trust or like instrument pertaining to realty or assignment of such mortgage, deed of trust or like instrument.

43. Password

"Password" means a confidential string of characters which identifies or authenticates a person and authorizes that person to access your "voice computer system" for the purpose of making toll calls.

44. Pollutants

"Pollutants" means:

a. Noise, solid, semisolid, liquid, gaseous or thermal irritants or contaminants; or

b. Smoke, vapor, soot, fume, acid, alkali, chemical, biological or other causative agents or materials; or

c. Electromagnetic or ionizing radiation and energy, genetically engineered materials, teratogenic, carcinogenic and mutagenic materials and waste. Waste includes any material to be disposed of, recycled, reconditioned or reclaimed; or

d. Other irritants, contaminants or controlled or prohibited substance.

CREDIT UNION BOND

DEFINITIONS

45. Pollution Or Contamination

"Pollution or contamination" means any conditions that:

a. Are unclean, unsafe, damaging, injurious, or unhealthful; and

b. Result directly or indirectly from the presence of "pollutants," whether permanent or transient in any "environment."

46. Premises

"Premises" means:

a. Any of your offices; or

b. Offices of any financial institutions used by you for safekeeping; or

c. Your retained attorneys' office; or

d. Your "automated teller machine" located anywhere within the building housing your office; or

e. Your "automated teller machine" located in a parking lot, driveway or sidewalk immediately adjacent to your office but not greater than 500 feet from your office

"Premises" does not include a "service center's" place of business

47. Secure Telephone Number

"Secure telephone number" means a phone number that:

a. Was provided by the member or member's authorized representative when the account was opened; or

b. Was provided after the account was opened, in person by the member or member's authorized representative who was physically present on your "premises," and who presented to you government-issued photo identification; or

c. Was provided in a signed written funds transfer agreement with the member, or the member's authorized representative; or

d. Was a replacement telephone number for the account, provided that you confirmed the legitimacy of the change through direct contact with the member or member's authorized representative at the previous telephone number on record; or

e. You obtained from a public or private telephone directory that lists the member's name; or

47. Secure Telephone Number - continued

   f.  Was a replacement telephone number for the member or the member's authorized representative that you received at least 30 days prior to the receipt of the instruction.

48. Security Agreement

"Security agreement" means a written agreement that creates an interest in personal property or fixtures and secures payment or performance of an obligation.

49. Service Center

"Service center" means a business entity that:

   a  Is not a credit union; and

   b.  Has a place of business at which members of two or more credit unions may interact with a person to transact business with the members' respective credit unions.

To be a "service center" the business entity must offer share deposit and share withdrawal transactions among its services

Your staffed office locations falling within the definition of "service outlet" are not "service centers" for any purposes of this Bond and endorsements. A "service center's" place of business may be located at a credit union's place of business but the "service center" must operate as a separate incorporated entity.

50. Service Outlet

A "service outlet" means a staffed credit union office location that, under a contract with a credit union service network, provides members of credit unions belonging to the credit union service network, in addition to its own members, the ability to interact with an employee to transact business with the members' respective credit unions, including at a minimum share deposit and share withdrawal transactions.

51. Servicing Contractor

"Servicing contractor" means any person or entity duly authorized by you to perform any of the following services and only while performing such services:

   a.  Collect and record payments on real estate mortgage or home improvement loans; or

   b.  Establish tax or insurance escrow accounts on real estate mortgage or home improvement loans, made, held or assigned by you; or

51. Servicing Contractor - continued

    Manage real property owned by you or under your supervision and control.

    "Servicing contractor" includes the partners, officers and employees of entities duly authorized by you to perform any of the above services

52. Single Loss

    "Single loss" means all loss covered under this Bond resulting from:

  a  Any one act or omission, or series of related acts and/or omissions, on the part of any person or persons (whether "employee(s)," "director(s)," or not), whenever occurring; or

  b  All acts and omissions, whether related or not, on the part of any person (whether an "employee," "director," or not), or in which such person is concerned or implicated, whenever occurring; or

  c.  Any one casualty or event not specified in a. or b. above.

53. Telefacsimile

    "Telefacsimile" means a system of transmitting a duplicate image of a document by means of signals sent over telephone lines.

54. Telephonic

    "Telephonic" means telephone voice communication from one person to another person, whether live or recorded.

55. Theft

    "Theft" means the taking of property:

  a.  Without your consent and with the intent to deprive you of the property; or

  b.  By false pretense and with the intent to deprive you of the property

    "Theft" does not mean the taking of property by means of forgery, alteration or "counterfeit."

56. Trade

    "Trade" means purchase, exchange, sales transaction or a trade of any kind or nature, whether authorized or unauthorized, including but not limited to investments or investment transactions.

    Copyright CUMIS Insurance Society, Inc. 2001, 2004, 2006    

### 57. Unauthorized Signature

"Unauthorized signature" means the signing of one's own name purporting to evidence an authority not held, and with the intent to deceive.

### 58. Uncertificated Securities

"Uncertificated securities" mean shares, participations or other interests in property of or enterprises of the issuer, or obligations of the issuer, which are:

a.  Not represented by an instrument and the transfer of which is registered upon books maintained for that purpose by or on behalf of the issuer; and

b.  Of a type commonly dealt in on securities exchanges or markets; and

c.  Either one of a class or series or by its terms divisible into a class or series of shares, participations, interests or obligations.

### 59. Voice Computer System

"Voice computer system" means a "computer system" installed at one location which functions as a:

a.  Private branch exchange (PBX); or

b.  Voice mail processor; or

c.  Automated call attendant,

or provides a similar capability used for the direction or routing of telephone calls in a voice communications network

### 60. Website

"Website" means a group of related electronic documents, images and other information having a unique address on the World Wide Web and published under the auspices of a single domain name, which can include text, graphics, sound and automatic links or connections to other such websites or web pages.

### 61. Withdrawal Order

"Withdrawal order" means a written, non-negotiable instrument, signed by a person authorizing the debit of an account maintained by you in the amount stated on the "withdrawal order."

## EXCLUSIONS

We will not pay for:

1. Attorneys' Fees

Any attorneys' fees, court costs or other legal expenses incurred by you, except as may be covered under:

   a.  Defense Costs Coverage; or

   b.  Extortion-Kidnap/Investigation Expense Coverage; or

   c.  Safe Depository Coverage found within Safe Deposit Box Endorsement; or

   d.  Consumer Legislation Endorsement.

2.  Audit Expense

Any fees, cost and expenses incurred by you to establish the existence of or amount of loss covered under this Bond, except as may be covered under Audit Expense Coverage.

3.  Authorized Access

Any loss under Funds Transfer Coverage resulting directly or indirectly from the use of a member's or member's representative's "authentication mechanism" by a person who had authorized access to the "authentication mechanism."

Any loss under Electronic Crime Coverage or Electronic Crime - Loan Coverage resulting directly or indirectly from the use of a member's or member's representative's "authentication mechanism" by a person who had authorized access to the "authentication mechanism."

4.  Automated Teller Machines

Any loss resulting directly or indirectly from burglary, robbery or mysterious unexplainable disappearance, damage or destruction to an "automated teller machine," or its contents, except as may be covered under:

   a.  Employee Or Director Dishonesty Coverage; or

   b.  On Premises Coverage; or

   c.  ATM Off Premises Coverage

    Copyright CUMIS Insurance Society, Inc 2001, 2004, 2006    

5. Check Cashing

Any loss resulting directly or indirectly from "items of deposit," or paper of any kind, that you exchanged for cash which are returned, reversed or otherwise ultimately not paid, for any reason, including but not limited to "forgery" or any other fraud except as may be covered under:

a. Fraudulent Deposit Coverage; or

b. Employee Or Director Dishonesty Coverage; or

c. Counterfeit Currency Coverage; or

d. Forgery, but only if the loss involves a check or draft drawn on you.

6. Consumer Legislation

Any loss resulting directly or indirectly from a failure to comply with "consumer legislation," except as may be covered under the Consumer Legislation Endorsement.

7. Counterfeit

Any loss under Electronic Crime Coverage resulting directly or indirectly from a counterfeit.

8. Depository Institution Failure

Any loss resulting directly or indirectly from the failure of a financial or depository institution, or its receiver or liquidator, to pay or deliver your property or property for which you are legally liable, except as may be covered under:

a. Employee Or Director Dishonesty Coverage; or

b. On Premises Coverage.

9. Dishonesty Or Fraud

Any loss resulting directly or indirectly from a dishonest or fraudulent act or acts of an "employee" or "director" except as may be covered under Employee Or Director Dishonesty Coverage, or if such coverage is not applicable, as may be covered under:

a. Faithful Performance - Enhanced Coverage; or

b. Faithful Performance Coverage.

10. Employment Practices

Any loss resulting directly or indirectly from employment practices including, but not limited to:

  a. Refusal to hire or promote; or

  b. Termination of employment; or

  c. Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination.

11. Extortion, Kidnap And Ransom

Any loss resulting directly or indirectly from your surrender of property away from your "premises" as a result of any threat, except:

  a. As may be covered under Employee Or Director Dishonesty Coverage; or

  b. Loss of "covered property" in transit and in the custody of a natural person you have selected to act as your messenger provided that at the time such transit was initiated you had no knowledge of such threat; or

  c. As may be covered under Extortion, Kidnap And Ransom Loss Coverage; or

  d. As may be covered under Cash Letter Coverage.

12. Fines, Penalties And Restitution

Any loss resulting directly or indirectly from a civil or criminal fine or penalty, order of forfeiture or order of restitution.

For purposes of IRA And EDCP Coverage only, the above exclusion is deleted, and is replaced with the following:

Any loss resulting directly or indirectly from a civil or criminal fine or penalty, order of forfeiture or order of restitution against you.

13. Forgery

Any loss under Electronic Crime Coverage resulting directly or indirectly from "forgery" or alteration.

14. Funds Transfer

Any loss resulting directly or indirectly from:

  a. Fraudulent instruction through "e-mail," "telefacsimile" or "telephonic" means; or

14. Funds Transfer - continued

    b. ACH debit from your member's account that was originated through another financial institution;

    Except as may be covered under:

    1) Employee Or Director Dishonesty Coverage; or

    2) Funds Transfer Coverage.

15. Indirect Loss

    Any indirect or consequential loss, including, but not limited to:

    a. Loss of use of property; or

    b. Diminution of value of property; or

    c. Earnings or interest not realized by you, whether past, present or future, earned or unearned.

    However, compensatory damages sought against you for prejudgment interest, attorneys' fees or loss of use of property will not be excluded from any applicable coverage by reason of this exclusion.

16. Insufficient Funds/Closed Account

    Any loss resulting directly or indirectly from:

    a. Any payment made or withdrawal from an account which results in a negative account balance if such transaction was or would be posted; or

    b. Any payment made or withdrawal from, involving, or related to an account that:

    1) Had insufficient funds;

    2) Is nonexistent; or

    3) Is closed,

    except as may be covered under:

    1. Employee Or Director Dishonesty Coverage; or

    2. Faithful Performance Coverage; or

    3. Faithful Performance Coverage - Enhanced.

 Copyright CUMIS Insurance Society, Inc. 2001, 2004, 2006

17. Investments

Any loss resulting directly or indirectly from investments, investment transactions or trading of any kind or nature, whether authorized or unauthorized, except as may be covered under:

a.   Employee Or Director Dishonesty Coverage; or

b.   Forgery Or Alteration Coverage; or

c.   Signature Guarantee Coverage, but only for securities not registered in your name; or

d.   Paragraph 2. of Counterfeit Share Draft, Check or Securities Coverage.

18. Loans

Any loss resulting directly or indirectly from the complete or partial nonpayment of or default on a "loan" or transaction in the nature of or amounting to a "loan," whether such "loan" or transaction was obtained in good faith or through trick, artifice, fraud or false pretenses, except as may be covered under:

a.   Employee Or Director Dishonesty Coverage; or

b.   Faithful Performance Coverage; or

c.   Faithful Performance Coverage - Enhanced; or

d.   Forgery Or Alteration Coverage; or

e.   Mortgage Defective Signature Coverage; or

f.   Plastic Card/PIN Endorsement; or

g.   Electronic Crime - Loan Coverage; or

h.   Counterfeit Share Draft, Check Or Securities Coverage.

19. Mail/Carrier For Hire

Any loss resulting directly or indirectly from loss of or damage to property while in the mail or within the custody of a carrier for hire other than an armored motor vehicle company, except as may be covered under:

a.   Employee Or Director Dishonesty Coverage; or

          Copyright CUMIS Insurance Society, Inc 2001, 2004, 2006

19. Mail/Carrier For Hire - continued

   b. Cash Letter Coverage; or

   c. Extortion, Kidnap And Ransom Loss Coverage.

20. **Missing Endorsement**

Any loss resulting directly or indirectly from your accepting for deposit or exchanging for cash an item which is missing an endorsement, except as may be covered under Employee Or Director Dishonesty Coverage.

21. **Non-Compensatory Damages**

Any damages of any type for which you are legally liable, except compensatory damages, but not multiples of compensatory damages, arising directly or indirectly from a loss covered under this Bond.

22. **Nuclear**

Any loss resulting directly or indirectly from nuclear reaction, radiation or radioactive contamination.

23. **Out Of Balance**

Any loss evidenced only by an unreconciled difference or out of balance condition in your financial records.

24. **Plastic Card/PIN**

Any loss resulting directly or indirectly from the use of a personal identification number (PIN) to access an "automated teller machine," or the use of a plastic or other type of card, or plastic card number, to effect a transaction, except as may be covered under:

   a. Employee Or Director Dishonesty Coverage; or

   b. Business Credit Or Debit Cards Coverage within Business Credit Or Debit Cards/Travel Advance Coverage; or

   c. Fraudulent Deposit Coverage, but only if the loss involves use by a member of his/her own PIN, card or card number; or

   d. Forgery Or Alteration Coverage; or

   e. Plastic Card/PIN Endorsement.

 Copyright CUMIS Insurance Society, Inc 2001, 2004, 2006

25. Pollution

Any loss resulting directly or indirectly from:

a. The "pollution or contamination" of any "environment" by "pollutants" or seepage of "pollutants" that are introduced at any time, anywhere, in any way; or

b. The actual, alleged or threatened discharge, dispersal, release or escape of "pollutants"; or

c. Any costs, or other loss or damage arising out of such "pollution or contamination" or seepage including, but not limited to cleaning up, remedying, testing, monitoring, containing, treating, detoxifying, and neutralizing such contamination, seepage, or "pollutants," even if caused by a governmental direction or request; or

d. Payment for the investigation or defense of any loss, injury or damage, or any cost, fine, penalty, expense, claim or "lawsuit" related to any of the above.

26. Property Owned By Others

Any loss of property owned by others, unless you make a record that includes its description and value within 3 days of receipt, except as may be covered under:

a. Employee Or Director Dishonesty Coverage; or

b. Employee And Member Property Coverage; or

c. Safe Deposit Box Endorsement.

27. Safe Depository

Any loss of property:

a. Held by you, as safe depository, contained in safe deposit boxes or vaults; or

b. Contained in a your members' lock box, single key safe deposit box, self-service safe deposit box, lobby lock box or any other member property storage lock box,

except as may be covered under:

a. Employee Or Director Dishonesty Coverage; or

b. Safe Deposit Box Endorsement.

28. Securities Laws

Any loss resulting directly or indirectly from a violation by you or by an "employee" or "director" of:

a.  Any law regulating:

  1) The issuance, purchase or sale of securities; or

  2) Securities transactions upon securities exchanges or over the counter markets; or

  3) Investment companies; or

  4) Investment advisors.

b.  Any rule or regulation made in accordance with any such law,

unless you establish that the act or acts which caused such loss involved fraudulent or dishonest conduct that would have caused you a covered loss in a similar amount in the absence of such laws, rules or regulations.

29. Service Center

Any loss of property:

a.  Owned by a "service center"; or

b.  Held by a "service center" in any capacity

30. Shortages

Any loss evidenced only by a shortage in a teller's daily transaction record.

31. Stop Payment

Any loss resulting directly or indirectly from a payment over a valid stop payment order, except as may be covered under:

a.  Employee Or Director Dishonesty Coverage; or

b.  Stop Payment And Wrongful Dishonor Coverage.

32. System Malfunction

Any loss under Funds Transfer Coverage, Electronic Crime Coverage, Electronic Crime - Loan Coverage, or Plastic Card/PIN Endorsement resulting directly or indirectly from:

32. System Malfunction - continued

    a.  Mechanical failure, faulty construction, error in design, latent defect, fire, wear or tear, gradual deterioration, electrical disturbance or electrical surge that affects a "computer system"; or

    b.  Failure or breakdown of electronic data processing media; or

    c.  Error or omission in programming or processing.

33. Telephone Toll Charges

Any loss resulting directly or indirectly from telephone toll charges, except as may be covered under:

    a.  Employee Or Director Dishonesty Coverage; or

    b.  Telephone Toll Crime Coverage.

34. Uncollected Funds

Any loss resulting directly or indirectly from payments made or withdrawals from a depositor's account involving deposits or credits that are returned, reversed or otherwise ultimately not paid, for any reason, including but not limited to "forgery" or any other fraud except as may be covered under:

    a.  Fraudulent Deposit Coverage; or

    b  Employee Or Director Dishonesty Coverage; or

    c.  Plastic Card/PIN Endorsement; or

    d.  Counterfeit Currency

35. War

Any loss resulting directly or indirectly from war, including undeclared or civil war, warlike action by a military force, insurrection, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

## CREDIT UNION BOND

## IRA AND EDCP ADDITIONAL EXCLUSIONS

The following exclusions apply to IRA And EDCP Coverage only. We will not pay for:

1. **Bodily Injury, Property Damage Or Personal Injury**

   Any loss resulting directly or indirectly from:

   a. Bodily injury, sickness, disease, disability shock, mental anguish, mental injury or humiliation, including resulting death; or

   b. Damage or destruction of any tangible property, including loss of use; or

   c. Malicious prosecution, slander, libel, violation of right of privacy, defamation of character or discrimination.

2. **Claims Of Creditors**

   Any loss resulting directly or indirectly from the claims of your creditors which reduces the funding of an "EDCP" which loss is not directly related to any act, error or omission of the employer, administrator or sponsor of the "EDCP "

3. **ERISA**

   Any loss resulting directly or indirectly from failure to comply with Title I of the Employment Retirement Income Security Act of 1974 (Public Law 93-406), as amended. This includes any penalty tax imposed by Section 4975 of the Internal Revenue Code of 1986, as amended.

4. **Failure To Maintain Insurance**

   Any loss resulting directly or indirectly from a failure to select, obtain or maintain insurance, suretyship or bond.

5. **Intentional Non-Compliance**

   Any loss resulting directly or indirectly from intentional non-compliance with any statute or regulation.

6. **Non-Pecuniary Relief**

   Any loss resulting directly or indirectly from non-pecuniary relief awarded or directed against you.

1. Your Warranty

A statement made by or on behalf of you, whether contained in the application or otherwise, is a warranty that the statement is true to the best of the knowledge and belief of the person making the statement.

2. Additional Offices

1. This Bond automatically provides coverage for additional offices you establish during any Annual Bond Period other than by merger with, or purchase or acquisition of assets or liabilities of, another institution.

2. Such additional offices are automatically covered from the date you establish them, and no notice to us or payment of additional premium for the remainder of such Annual Bond Period is required.

3. Merger

If another institution merges into you during any Annual Bond Period, then:

1  Except as provided in paragraphs 2 and 3 below, this Bond does not cover loss that:

a.  Has occurred or will occur in offices or premises you acquire as a result of such merger; or

b.  Has been or will be caused by employees or directors of such institution; or

c.  Has arisen or will arise out of the assets or liabilities you acquire as a result of such merger.

2  In the event that the assets of the entity merging into you are less than 50% of your assets at the time of merger, then without any additional premium charge for the remainder of the then current Annual Bond Period, the coverages afforded under this Bond will automatically apply to loss described in subparts a., b., and c. of paragraph 1 above.

3  In the event that the assets of the entity merging into you are equal to or greater than 50% of your assets at the time of the merger, then:

a.  Without any additional premium charge for the remainder of the then current Annual Bond Period, the coverages afforded under this Bond will automatically apply to only such loss described in subparts a., b., and c. of paragraph 1 above that:

1)  Results directly from acts or occurrences that take place during the period commencing on or after the effective date of such merger; and

2)  Is discovered within the period for the Discovery Of Loss under this Bond; or

**CREDIT UNION BOND**

**GENERAL AGREEMENTS**

3. Merger - continued

    b. Provided you give us written notice of the proposed merger before its effective date and we, at our option, give our written consent to extend the coverages afforded under this Bond to loss described in subparts a., b., and c. of paragraph 1. above, then upon your payment to us of the additional premium due for such extended coverage, the coverages afforded under this Bond will apply for loss described in subparts a., b., and c of paragraph 1 above.

4. Purchase Of Assets

If you purchase or acquire assets or liabilities of another institution, then this Bond does not cover loss that:

    a. Has occurred or will occur in offices or premises you acquire as a result of such purchase or acquisition; or

    b. Has been or will be caused by employees or directors of such institution; or

    c. Has arisen or will arise out of the assets or liabilities you acquire as a result of such purchase or acquisition,

except that the coverages afforded under this Bond will apply to only such loss that:

    1) Results directly from acts or occurrences that take place during the period commencing on or after the effective date of such purchase or acquisition; and

    2) Is discovered within the period for the Discovery Of Loss under this Bond.

5. Mortgage Agency Loss Payee

    1. We will make any payment in satisfaction of loss covered under this Bond involving property in which a "federal mortgage agency" has an interest by a check made payable jointly to you and the "federal mortgage agency," as joint loss payees, provided that you request in writing that we do so, or that the "federal mortgage agency" sends us written notice of its interest in the property, before we issue our check. In the event of a loss affecting the interest of the Government National Mortgage Association, the Government National Mortgage Association, it successors and assigns shall be named on the loss payable draft as their interest may appear

    2. If you request that this Bond be canceled or any of its Coverages be reduced, then we will endeavor to give written notice of such request within 10 days thereafter to any "federal mortgage agency" that you have previously identified to us in writing. However, our failure to do so will not impair or delay the effectiveness of any such cancellation or reduction, and we will not be held liable to the "federal mortgage agency," to you or to any other party for failure to provide such notice.

 Copyright CUMIS Insurance Society, Inc 2001, 2004, 2006

**CREDIT UNION BOND**

**GENERAL AGREEMENTS**

5. Mortgage Agency Loss Payee – continued

3. Should we cancel, reduce, nonrenew or restrictively modify this Bond, we will endeavor to give written notice of such action 30 days in advance of the effective date of such action, if practicable in the circumstances, to any "federal mortgage agency" that you have previously identified to us in writing. However, our failure to do so will not impair or delay the effectiveness of any such cancellation, reduction, nonrenewal or restrictive modification, and we will not be held liable to the "federal mortgage agency," to you or to any other party for failure to provide such notice.

4. Should you fail to assert a claim under this Bond for a covered loss, then a "federal mortgage agency" having an interest in property which is the subject of your loss may file claim under this Bond, on your behalf, provided that:

a. The "federal mortgage agency" submits proof of its interest in the property that is the subject of your loss; and

b. The "federal mortgage agency" submits proof at least 30 days prior to its first sending any notice or claim to us, it informed you in writing of its intention to file and pursue such claim if you failed to do so; and

c. If the notice required in subparagraph 4.b. above is sent to you prior to the expiration of the time for making a claim under this Bond but the 30 day notice period expires after the time for making a claim under this Bond, then the "federal mortgage agency" will have 10 days from the expiration of said 30 day period in which to make such claim; and

d. All other conditions to coverage that would apply were the claim made by you must be satisfied; and

e. All other notices, proofs of loss and other things that this Bond would require to be done by you are done by the "federal mortgage agency" within the time periods provided by this Bond; and

f. All limits of liability, deductibles and other restrictions upon and terms of coverage shown on the applicable Declarations will apply to the claim made by the "federal mortgage agency" as if the claim were made by you; and

g. The "federal mortgage agency" will be deemed your agent for all purposes in connection with such claim and loss, you will no longer have any right to separately make claim for such loss, and the "federal mortgage agency" will be deemed empowered to negotiate, settle, and release such claim, and to release all of our liability under this Bond with respect to such claim and loss on its own behalf and on your behalf; and

h. Any loss payment will be made by check made payable jointly to the "federal mortgage agency" and to you, and will be delivered to the "federal mortgage agency."

**5. Mortgage Agency Loss Payee - continued**

Notwithstanding the foregoing, no "federal mortgage agency" is an insured under this Bond or will have any other rights beyond those set forth above, and this Bond is for your sole and exclusive use and benefit.

**6. Notice Of Lawsuit**

You must notify us immediately of any "lawsuit" brought against you to determine your liability for any loss, claim or damage which, if established, would constitute a valid and collectible loss under this Bond. You must also immediately furnish to us copies of the summons, complaint or other papers regarding the "lawsuit."

**7. Attorneys' Fees And Court Costs**

With respect to any "lawsuit" for which coverage is available, in whole or in part, under Defense Costs Coverage:

1. We may elect to conduct the defense of the "lawsuit," in whole or in part, in which case:

    a. We will select attorneys of our choice to conduct the defense in your name; and

    b. You will cooperate with us and our chosen attorneys in your defense; and

    c. The following will be a covered loss under this Bond, subject to the applicable Single Loss Limit Of Liability, any applicable Annual Aggregate Limit Of Liability and any deductible in effect during the Annual Bond Period in which Discovery Of Loss occurs:

        1) Any judgment against you on a claim or cause of action constituting a collectible loss under this Bond, and any settlement in which we participate to the extent of our payment; and

        2) All "defense costs" incurred by us.

2. Should we not exercise our election to conduct the defense pursuant to paragraph 1., above, then:

    a. Reimbursement under Defense Costs Coverage will be made to you as "defense costs" are incurred and paid by you, and neither a judgment against you nor a settlement by you will determine the existence or amount of coverage under this Bond for any claim or cause of action; and

    b. The time periods set forth in Your Duties In Event Of A Loss Condition, paragraph a., and Legal Action Against Us Condition, paragraph b., will be calculated from the date of entry of the judgment or occurrence of the settlement upon which your claim is based.

**CREDIT UNION BOND**

**CONDITIONS**

1. **Annual Bond Period**

   An Annual Bond Period is the 12 month period beginning on the effective date of this Bond, and each 12 month period thereafter beginning on the anniversary of that effective date until canceled. This Bond continues in force until canceled, subject to all other Conditions.

   We will determine the premium using the rates we have in effect at the beginning of each Annual Bond Period.

2. **Annual Aggregate Limit Of Liability**

   The Annual Aggregate Limit Of Liability shown for any coverage afforded in Section 2 of the Declarations in effect during any one Annual Bond Period is the maximum amount that we will be liable to pay for all loss discovered during that Annual Bond Period under that coverage.

   Any applicable Annual Aggregate Limit Of Liability will be reduced by all payments made under the applicable coverages or endorsements of this Bond during any one Annual Bond Period.

   When our payments under any such coverage reach the applicable Annual Aggregate Limit Of Liability, that coverage will be exhausted, and:

   a.  We will have no further liability for loss under that coverage discovered during that Annual Bond Period, whether or not previously reported to us; and

   b.  The premium for that coverage for that Annual Bond Period will be considered earned; and

   c.  If we have elected to defend you under Defense Costs Coverage with respect to a potential loss under that coverage, we will have no further obligation to defend you. Upon your receipt of notice from us of the exhaustion of the Annual Aggregate Limit Of Liability, you will assume all responsibility for your defense at your own cost.

   Annual Aggregate Limits Of Liability will not be increased or reinstated by amounts recovered from third parties.

3. **Annual Aggregate Deductible**

   We will not pay for any covered loss under any coverage afforded in Sections 2 and 3 of the Declarations in effect during any one Annual Bond Period until the amount of covered loss discovered during that Annual Bond Period exceeds the applicable Annual Aggregate Deductible.

4. **Single Loss Limit Of Liability**

   1.  With the exceptions noted in paragraphs 2. to 6. below, the maximum amount we will be liable to pay for a "single loss" is the applicable Single Loss Limit Of Liability shown on the Declarations in effect when such "single loss" is discovered, subject to any applicable Annual Aggregate Limit Of Liability.

4. Single Loss Limit Of Liability - continued

2. For purposes of Defense Costs Coverage only, the maximum amount we will be liable to pay for all "lawsuits," whenever commenced, arising out of or in connection with an actual or alleged "single loss" will be the Single Loss Limit Of Liability for Defense Costs Coverage shown on the Declarations in effect during the Annual Bond Period in which Discovery Of Loss occurs.

3. For purposes of Reward Payment Coverage only, the maximum amount we will be liable to pay for all rewards offered with respect to any single incident or event first discovered during any Annual Bond Period is the Single Loss Limit Of Liability for Reward Payment Coverage shown on the Declarations, and is in addition to whatever coverage may be available and limits that may apply under this Bond for loss caused by the act or actor referred to in such reward offering.

4. For purposes of Payments For Injury Or Death Coverage and Post-Robbery Trauma Counseling Coverage only, the maximum amount we will be liable to pay per "director," "employee" or member are the respective Single Loss Limits Of Liability shown on the Declarations for Payments For Injury Or Death Coverage and Post-Robbery Trauma Counseling Coverage, and are in addition to whatever coverage may be available and limits that may apply under this Bond for loss caused by the act or actor which was the cause of the bodily injuries or mental trauma injuries.

5. For the purposes of ATM-Off Premises Coverage only, the maximum amount we will be liable to pay for loss of "covered property" from within each "automated teller machine" not located on your "premises" is the amount shown as the Single Loss Limit Of Liability for ATM-Off Premises Coverage on the Declarations in effect when such loss is discovered.

6. For the purposes of Signature Guarantee Coverage only, the maximum amount we will pay for the guarantee of any one person's signature, no matter how many signature guarantees on that person were issued, is the Single Loss Limit Of Liability for Signature Guarantee Coverage shown on the Declarations in effect when loss is discovered.

5. Non-Stacking Of Limits

Regardless of the number of Annual Bond Periods this Bond is in effect, we will not:

a. Pay more for a "single loss" than the applicable Single Loss Limit Of Liability shown on the Declarations in effect at the time that such "single loss" is discovered; or

b. Be responsible for more than the applicable Annual Aggregate Limit Of Liability shown on the Declarations then in effect for all loss discovered during any one Annual Bond Period with respect to any coverage for which such Annual Aggregate Limit Of Liability is shown on the Declarations.

    Copyright CUMIS Insurance Society, Inc 2001, 2004, 2006

6. **Insurance Under Two Or More Coverages Of This Bond**

Subject to any applicable Annual Aggregate Limit Of Liability, the maximum amount that we will be liable to pay for any "single loss" that is covered under two or more coverages of this Bond will be:

a. The Single Loss Limit Of Liability for any one, but not more than one, of the applicable coverages if the Single Loss Limit Of Liability for each coverage involved is the same; or

b. The highest Single Loss Limit Of Liability for any one, but not more than one, of the applicable coverages if the Single Loss Limit Of Liability for each coverage involved is not the same.

With respect to any coverage to which no Single Loss Limit Of Liability is applicable but to which an Annual Aggregate Limit Of Liability is applicable, for purposes of this condition only, that portion of the Annual Aggregate Limit Of Liability in effect for the Annual Bond Period in which the "single loss" was discovered which remains payable as of the time the loss is adjusted, settled or paid will be deemed to be the Single Loss Limit Of Liability.

7. **Single Loss Deductible**

We will be liable to pay you only that part of a "single loss" that exceeds any applicable Single Loss Deductible shown on the Declarations, subject to the applicable Single Loss Limit Of Liability and any applicable Annual Aggregate Limit Of Liability.

8. **Other Insurance**

The coverage provided under this Bond will be excess over any other valid and collectible insurance, indemnity or bond coverage which applies or would have applied in the absence of this Bond.

9. **Termination Or Limitation Of Coverage For Employee Or Director**

This Bond's coverage for an "employee" or "director" terminates immediately when one of your "directors," officers or supervisory staff not in collusion with such person learns of:

a. Any dishonest or fraudulent act committed by such "employee" or "director" at any time, whether or not related to your activities or of the type covered under this Bond; or

b. Any termination of bond coverage for such "employee" or "director" by any bonding company, which coverage was not reinstated.

At our sole option, we may terminate coverage for an "employee" or "director." Such termination will be effective 15 days after receipt by you, and by your state or federal supervisory authority if required by law, of written notice of such termination from us.

**CREDIT UNION BOND**

**CONDITIONS**

9. Termination Or Limitation Of Coverage For Employee Or Director – continued

3. Termination of coverage for an "employee" or "director" under paragraphs 1. or 2. above terminates our liability for any loss resulting from any act or omission by that "employee" or "director" occurring after the effective date of such termination.

4. At our sole option, we may issue an endorsement applying a separate deductible or limit of liability, or both, for acts or omissions of any "employee" or "director." Such endorsement will be effective 15 days after receipt by you, and by your state or federal supervisory authority, if required.

10. Discovery Of Loss

This Bond applies to loss discovered by you while this Bond is in effect. Discovery occurs when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered under this Bond has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred. The exact amount or details of loss may not be known at the time of discovery.

Discovery also occurs when you receive notice of an actual or potential claim alleging that you are liable to a third party under circumstances which, if true, would constitute a loss under this Bond.

11. Notice Of Discovery Of Loss

You must send us a written notice at the earliest practicable moment after Discovery Of Loss, but not to exceed 60 days after such discovery, without regard to amount or whether the loss appears to exceed any deductible

12. Your Duties In Event Of A Loss

You must do the following in event of a loss:

a. Within 180 days after notice of Discovery Of Loss to us, submit a complete, sworn Proof Of Loss. It must include the necessary explanation and documentation to prove the cause of the loss, the amount of the loss and the identity of the persons, if known, who caused the loss. The sworn Proof Of Loss must be signed by the President or Chairperson of the Board Of Directors and the signature must be notarized. In order to obtain coverage under Faithful Performance Coverage or Faithful Performance-Enhanced Coverage, you must name in the Proof Of Loss the "employee" who "fails to faithfully perform his/her trust"; and

b. Take all reasonable measures to minimize the loss after learning of it, including collection or other efforts; and

c. Give us reasonable access to your property, books, records and operations that are relevant to the loss; and

12. **Your Duties In Event Of A Loss** - continued

    d. Notify the appropriate law enforcement authorities if a criminal law may have been broken; and

    e. Permit us to question your "directors" and "employees" at reasonable times. The questioning may be under oath, and they may be required to sign their statements; and

    f. Immediately send us any legal papers or notices received concerning the loss; and

    g. Cooperate with us in all matters pertaining to the loss.

13. **Loss Payment**

    We will make payment within 30 days after we reach agreement with you on the amount payable under this Bond.

14. **Valuation Of Property**

    We will determine the value of certain property as follows:

    a. Foreign Currency. The value of foreign currency will be calculated at the rate of exchange in United States dollars on the day the loss was discovered.

    b. Securities. The value of "certificated securities" or "uncertificated securities" will be the market value as of the close of business on the day the loss was discovered. If no market value is readily available and the valuation cannot be agreed upon, the market value will be determined by arbitration. We may, at our option, provide a lost instrument bond to secure replacement of a certificate. The face amount of the lost instrument bond will not exceed the remaining balance of the applicable Single Loss Limit Of Liability or Annual Aggregate Limit Of Liability.

    c. Paper Books and Paper Records. The value of paper books and paper records will be the cost of blank paper books and blank paper records plus the cost of labor for the actual transcription of data. You must furnish the data to be transcribed.

    d. Other Property. The value of offices, furnishings, fixtures, supplies and equipment will be the lesser of the cost of repair or the cost of replacement with items of like kind and quality without deduction for depreciation.

15. **Application Of Realized Earnings In Loan Losses**

    If you incur a covered loss resulting from a "loan," we will reduce the amount of your covered loss by the amount of your realized earnings, including interest and fees, on that "loan."

 Copyright CUMIS Insurance Society, Inc 2001, 2004, 2006

15. Application Of Realized Earnings In Loan Losses – continued

2. If you incur a covered loss under Employee Or Director Dishonesty Coverage resulting from a "loan," we will reduce the amount of your covered loss by the amount of your realized earnings, including interest and fees:

a. On that "loan"; and

b. On any other dishonest "loans" originated or caused by the same dishonest "employee" or "director."

16. Employee Benefit Plans

1. If one or more "employee benefit plans" are insured under this Bond, then you are responsible for selecting, purchasing and maintaining Employee Or Director Dishonesty Coverage with a Single Loss Limit Of Liability equal to or greater than the total amount of such insurance that would be required were you and each such "employee benefit plan" separately insured.

2. Any payment we make to you for loss suffered by any of your "employee benefit plans" will be held by you for the use and benefit of the "employee benefit plan(s)" suffering the loss.

3. Any Single Loss Deductible shown on the Declarations for Employee Or Director Dishonesty Coverage is waived for loss suffered by your "employee benefit plan."

17. Legal Action Against Us

Legal proceedings against us to recover loss under this Bond:

a. Cannot be brought before the expiration of 60 days after the original Proof Of Loss; and

b. Must be brought within 2 years after Discovery Of Loss.

18. Rights To Recover From Others

If you have the right to recover all or part of any loss for which we have made payment under this Bond, we will be subrogated to those rights and those rights will be assigned to us. You must do everything reasonably necessary to secure and protect those rights. You must not do anything to impair those rights.

However, with respect to loss paid under IRA And EDCP Coverage only, we will not seek recovery from an "employee" or "director" whose negligent act, error or omission resulted in the loss.

### 19. Wholly-Owned Nominee

For purposes of this Bond, a loss suffered by your wholly-owned subsidiary corporation, staffed exclusively by your "employees," which solely functions to register securities in its own name on your behalf, is deemed a loss suffered by you.

### 20. Recovered Property

Any recoveries less the cost of obtaining the recoveries will be distributed as follows:

a. First to you, until you are reimbursed for any part of your applicable loss not paid by us solely because it exceeds any applicable limit of liability with the exception of the Single Loss Limit Of Liability under Audit Expense Coverage;

b. Then to us, until we are reimbursed for our payment made to you;

c. Then to you, until you are reimbursed for that part of the loss equal to any deductible;

Then to you, for any uncovered loss and any uncovered or excess fees or expenses.

For purposes of subsection a. above, audit expense incurred in excess of the Single Loss Limit Of Liability under Audit Expense Coverage is not a loss in excess of the limit of liability.

### 21. Cancellation

1. You may cancel this Bond by mailing or delivering written notice of cancellation to us.

2. We may cancel this Bond during the Annual Bond Period specified on the Declarations:

a. Immediately when you fail to pay a premium when due; or

b. Immediately when your charter terminates.

When required, we will give written notice to your state or federal supervisory authority of cancellation of this Bond.

The unearned premium will be refunded pro rata if this Bond is cancelled as provided in 2.b. above. The unearned premium will be refunded less than pro rata if this Bond is cancelled as provided in 1. above.

**CREDIT UNION BOND**

**CONDITIONS**

## 22. Discovery Extension

An additional time period of 24 months in which to discover a loss you sustained before the effective date of cancellation of this entire Bond may be obtained from us. An additional premium determined by us must be paid for such additional period. Such additional period must be requested by you in writing sent to us before cancellation becomes effective. A loss discovered during the extension period is subject to the applicable direct loss Single Loss Limit Of Liability, Annual Aggregate Limit Of Liability and deductible in effect during the Annual Bond Period in which the cancellation occurred. If your deposits are federally insured and cancellation results from your liquidation, such additional period may be requested by the National Credit Union Administration in writing sent to us within 30 days after cancellation becomes effective. Upon receipt of such written request, we will issue an appropriate Discovery Extension Endorsement. Such additional period of time will terminate on the effective date of any insurance obtained by you or your successor that provides any of the types of coverages afforded by this Bond. We will refund any unearned premium.

## 23. Audit And Inspection

1   We may examine and audit your books, records and "premises" and interview "employees" and "directors" as they relate to this Bond at any time.

2   We have the right, but are not obligated to:

    a.   Make inspections and surveys at any time; or

    b.   Give you reports on the conditions that we find; or

    c.   Recommend changes

3.   Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged and are performed only for our own benefit and use.

4.   We do not:

    a.   Make any warranties to you regarding these inspections, surveys or reports; or
    b.   Make safety inspections; or
    c.   Undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public; or
    d.   Assume any duties to you as a result of our inspections, surveys or reports.

5.   This condition also applies to any rating advisory, rate service or similar person or organization which makes insurance inspections, surveys, reports or recommendations on our behalf.

### 24. Conformity With Laws

If any term of this Bond, as written or applied, is found to be invalid under the law of any jurisdiction, then:

a. If permitted under such law, that term will be considered amended only to the extent necessary to conform with such law; and

b. Such invalidity will not affect the validity of that term in any other jurisdiction; and

c. Such invalidity will not affect the validity of any other term of this Bond in that or any other jurisdiction.

### 25. Offset Clause

We may collect any balances due from you by deducting the amount due us from premium to be refunded or claim payments to be made.

### 26. Nonassignment

1. This Bond may not be assigned by you without written consent of us

2. This Bond is solely for your use and benefit.

3. Only you have the right to make claim under this Bond.

### 27. Territory

Coverage under this Bond applies in all parts of the world unless otherwise stated in this Bond

### 28. Guaranteed Renewal

We will offer to continue your Bond for an additional Annual Bond Period. However, the limits, deductibles, coverages and premium may not be equal to those in effect during the prior Annual Bond Period.

**CREDIT UNION BOND**

**CONDITIONS**

29. Changes Or Modification Of Bond Terms

This Bond contains all the agreements between you and us concerning the insurance afforded. This Bond's terms can be amended or waived only by endorsement issued by us and made a part of this Bond.

If we adopt any revision that would broaden the coverage under this Bond without additional premium within 45 days prior to or during the Annual Bond Period, the broadened coverage will immediately apply to this Bond.

President

# INDEX

This Index contains the page numbers for the topics within the Coverages, Definitions, Exclusions, IRA And EDCP Additional Exclusions, General Agreements and Conditions.

## COVERAGES                                                                                    Page

ATM-Off Premises ............................................................................... 11-12
Audit Expense ....................................................................................... 8-9
Business Credit Or Debit Card/Travel Advance ........................................ 11
Cash Letter ........................................................................................... 6-7
Computer Crisis Management ............................................................... 12-13
Counterfeit Currency ............................................................................... 3
Counterfeit Share Draft, Check Or Securities ....................................... 10-11
Defense Costs ........................................................................................ 3
Electronic Crime ..................................................................................... 8
Electronic Crime - Loan ......................................................................... 12
Employee Or Director Dishonesty ............................................................ 1
Employee And Member Property .............................................................. 4
Extortion, Kidnap And Ransom Loss ........................................................ 6
Extortion-Kidnap/Investigation Expense .................................................. 6
Faithful Performance .............................................................................. 6
Faithful Performance - Enhanced ............................................................ 5
Forgery Or Alteration ............................................................................ 10
Fraudulent Deposit ................................................................................. 9
Funds Transfer ...................................................................................... 7
IRA And EDCP ..................................................................................... 11
In Transit .............................................................................................. 2-3
Mortgage Defective Signature ............................................................... 10
On Premises ......................................................................................... 2
Payments For Injury Or Death ............................................................... 4-5
Post-Robbery Trauma Counseling ........................................................... 5
Reward Payment .................................................................................... 4
Signature Guarantee ............................................................................. 12
Stop Payment And Wrongful Dishonor .................................................... 10
Telephone Toll Crime ............................................................................ 12
Unauthorized Signature ......................................................................... 10

## DEFINITIONS                                                                                 Page

Acceptance ........................................................................................... 14
Audio Response Systems ........................................................................ 14
Authentication Mechanism ..................................................................... 14
Automated Teller Machine ..................................................................... 14
Callback Verification ............................................................................. 14
Cash Letter ........................................................................................... 14
Certificate Of Origin Or Title ................................................................. 15
Certificated Securities ........................................................................... 15
Computer Extortion ............................................................................... 15

# INDEX

This Index contains the page numbers for the topics within the Coverages, Definitions, Exclusions, IRA And EDCP Additional Exclusions, General Agreements and Conditions.

**DEFINITIONS - continued**                                                                        **Page**

Computer Programs ........................................................................................... 15
Computer Security ............................................................................................ 15
Computer System .......................................................................................... 15-16
Consumer Legislation ....................................................................................... 16
Counseling Expenses ......................................................................................... 16
Counterfeit ..................................................................................................... 16
Covered Property ............................................................................................. 17
Crisis Control Expenses ..................................................................................... 17
Currency ........................................................................................................ 17
Defense Costs ............................................................................................... 17-18
Denial Of Service Attack .................................................................................... 18
Digital Signature ............................................................................................. 18
Director ......................................................................................................... 18
Document Of Title ........................................................................................... 18
E-Mail ........................................................................................................... 19
EDCP ............................................................................................................ 19
Electronic Data ............................................................................................... 19
Employee .................................................................................................... 19-21
Employee Benefit Plan ...................................................................................... 21
Environment ................................................................................................... 21
Extortion, Kidnap Or Ransom ........................................................................... 21-22
Extortion-Kidnap Expenses ................................................................................ 22
Failure To Faithfully Perform His/Her Trust .......................................................... 22
Federal Mortgage Agency ................................................................................... 23
Forgery ....................................................................................................... 23-24
IRA .............................................................................................................. 24
Instrument ..................................................................................................... 24
Investigation Expense ....................................................................................... 24
Item Of Deposit .............................................................................................. 24
Lawsuit .......................................................................................................... 25
Letter Of Credit .............................................................................................. 25
Loan ............................................................................................................. 25
Mortgage Instrument ........................................................................................ 25
Password ........................................................................................................ 25
Pollutants ...................................................................................................... 25
Pollution Or Contamination ............................................................................... 25
Premises ........................................................................................................ 26
Secure Telephone Number ............................................................................... 26-27
Security Agreement .......................................................................................... 27
Service Center ................................................................................................. 27
Service Outlet ................................................................................................. 27
Servicing Contractor ...................................................................................... 27-28

# INDEX

This Index contains the page numbers for the topics within the Coverages, Definitions, Exclusions, IRA And EDCP Additional Exclusions, General Agreements and Conditions

**DEFINITIONS - continued**                                                      **Page**

Single Loss ........................................................................28
Telefacsimile ....................................................................28
Telephonic .......................................................................28
Theft ...............................................................................28
Trade ..............................................................................28
Unauthorized Signature .....................................................29
Uncertificated Securities ....................................................29
Voice Computer System .....................................................29
Website ...........................................................................29
Withdrawal Order ..............................................................29


**EXCLUSIONS**                                                                   **Page**

Attorneys' Fees .................................................................30
Audit Expense ..................................................................30
Authorized Access ............................................................30
Automated Teller Machines .................................................30
Check Cashing ..................................................................31
Consumer Legislation ........................................................31
Counterfeit .......................................................................31
Depository Institution Failure ..............................................31
Dishonesty Or Fraud ..........................................................31
Employment Practices ........................................................32
Extortion, Kidnap And Ransom ............................................32
Fines, Penalties And Restitution ...........................................32
Funds Transfer ..............................................................32-33
Indirect Loss ....................................................................33
Insufficient Funds/Closed Account .......................................33
Investments ......................................................................34
Loans ..............................................................................34
Mail/Carrier For Hire .....................................................34-35
Missing Endorsement .........................................................35
Non-Compensatory Damages ..............................................35
Nuclear ...........................................................................35
Out Of Balance .................................................................35
Plastic Card/PIN ...............................................................35
Pollution ..........................................................................36
Property Owned By Others ..................................................36
Safe Depository ................................................................36
Securities Laws .................................................................37
Service Center ..................................................................37
Shortages ........................................................................37

# INDEX

This Index contains the page numbers for the topics within the Coverages, Definitions, Exclusions, IRA And EDCP Additional Exclusions, General Agreements and Conditions.

### EXCLUSIONS - continued                                                Page

Stop Payment ...................................................................... 37
System Malfunction ............................................................. 37-38
Telephone Toll Charges ........................................................ 38
Uncollected Funds ............................................................... 38
War .................................................................................. 38

### IRA AND EDCP ADDITIONAL EXCLUSIONS                          Page

Bodily Injury, Property Damage Or Personal Injury ................. 39
Claims Of Creditors ............................................................. 39
ERISA .............................................................................. 39
Failure To Maintain Insurance ............................................. 39
Intentional Non-Compliance ................................................. 39
Non-Pecuniary Relief .......................................................... 39

### GENERAL AGREEMENTS                                          Page

Additional Offices .............................................................. 40
Attorneys' Fees And Court Costs .......................................... 43
Merger ............................................................................. 40-41
Mortgage Agency Loss Payee .............................................. 41-43
Notice Of Lawsuit .............................................................. 43
Purchase Of Assets ............................................................ 41
Your Warranty ................................................................... 40

### CONDITIONS                                                  Page

Annual Aggregate Deductible ............................................... 44
Annual Aggregate Limit Of Liability ..................................... 44
Annual Bond Period ............................................................ 44
Application Of Realized Earnings In Loan Losses .................... 48-49
Audit And Inspection .......................................................... 51
Cancellation ...................................................................... 50
Conformity With Laws ........................................................ 52
Changes Or Modification Of Bond Terms ............................... 53
Discovery Extension ........................................................... 51
Discovery Of Loss .............................................................. 47
Employee Benefit Plans ....................................................... 49
Guaranteed Renewal ........................................................... 52
Insurance Under Two Or More Coverages Of This Bond ............ 46
Legal Action Against Us ...................................................... 49
Loss Payment .................................................................... 48

# INDEX

This Index contains the page numbers for the topics within the Coverages, Definitions, Exclusions, IRA And EDCP Additional Exclusions, General Agreements and Conditions

| CONDITIONS - continued | Page |
|---|---|
| Nonassignment | 52 |
| Non-Stacking Of Limits | 45 |
| Notice Of Discovery Of Loss | 47 |
| Offset Clause | 52 |
| Other Insurance | 46 |
| Recovered Property | 50 |
| Rights To Recover From Others | 49 |
| Single Loss Deductible | 46 |
| Single Loss Limit Of Liability | 44-45 |
| Termination Or Limitation Of Coverage For Employee Or Director | 46-47 |
| Territory | 52 |
| Valuation Of Property | 48 |
| Wholly-Owned Nominee | 50 |
| Your Duties In Event Of A Loss | 47-48 |



**CUNA MUTUAL GROUP**

*CUMIS Insurance Society, Inc*

P.O. Box 1084 • 5910 Mineral Point Road
Madison, WI 53701-1084
800-637-2676

**IDAHO ENDORSEMENT**
**CREDIT UNION BOND**

## Your Representation

The Your Warranty General Agreement in the Credit Union Bond is replaced with the Your Representation General Agreement as follows:

A statement made by or on behalf of you, whether contained in the application or otherwise, is a representation that the statement is true to the best of the knowledge and belief of the person making the statement. Misrepresentations, omissions, concealment of facts and incorrect statements will not prevent a recovery under this Bond unless:

a.   Fraudulent;

b.   Material either to the acceptance of the risk, or to the hazard assumed by the us; or

c.   In good faith we would either not have issued this Bond, or would not have issued it at the same premium rate, or would not have issued this Bond in as large an amount, or would not have provided coverage with respect to the hazard resulting in the loss, if the true facts had been made known to the us as required either by the application for this Bond or otherwise.



**CUNA MUTUAL GROUP**

*CUMIS Insurance Society, Inc.*

P.O. Box 1084 • 5910 Mineral Point Road
Madison, WI 53701-1084
800.637.2676

**SAFE DEPOSIT BOX ENDORSEMENT**
**CREDIT UNION BOND**

The coverage provided by this endorsement is subject to the Declarations, Definitions, Exclusions, General Agreements and Conditions contained in the Bond except as modified in this endorsement. The Additional Definitions, Additional Exclusion and Additional Condition in this endorsement apply only to this endorsement

## COVERAGE

**EE. Safe Depository**

If Safe Depository Coverage under this endorsement is shown on the Declarations:

1. We will pay on your behalf those sums that you become legally obligated to pay as damages resulting directly from loss or destruction of, or damage to, "members' property" or "money" while:

   a  Inside a safe deposit box located in your vault; or

   b. Stored in your vault; or

   c. Temporarily elsewhere in your office while in the course of deposit into or removal from such safe deposit box or vault.

2. a. We will conduct the defense of any "lawsuit" brought against you in which claims or causes of action are asserted which, if established, would result in an award against you of those damages described in paragraph 1 above, provided that you:

   1) Notify us immediately of any such "lawsuit"; and

   2) Furnish us immediately with copies of the summons, complaint or other papers regarding such "lawsuit."

   b. When we conduct the defense of a "lawsuit" under paragraph 2 a. above:

   1) We will select attorneys of our choice to conduct the defense in your name; and

   2) You will cooperate with us and our chosen attorneys in your defense; and

   3) Subject to the applicable Single Loss Limit Of Liability shown on the Declarations, we will pay for:

**SAFE DEPOSIT BOX ENDORSEMENT**
**CREDIT UNION BOND**

**COVERAGE**

**EE. Safe Depository**
*continued*

a) All attorneys' fees, costs and disbursements in the defense, any costs that may be taxed against you, that portion of any judgment against you reflecting damages covered under paragraph 1. above, and any interest accruing on that portion of such judgment except for any interest that accrued after we offered to pay to you, or on your behalf, the then remaining applicable Single Loss Limit Of Liability shown on the Declarations; and

b) Premiums for appeal bonds or for release of attachment bonds which we, in our sole discretion, may apply for, the face amount of which bonds will not exceed the remaining applicable Single Loss Limit Of Liability shown on the Declarations; and

c) All reasonable expenses that you incur at the request of and with the prior approval of us.

4) All of our payments, expenses and costs incurred in conducting your defense are part of the covered loss for purposes of calculating and reducing the applicable Single Loss Limit Of Liability shown on the Declarations.

**FF. Loss Of Members' Property**

If Loss Of Members' Property Coverage under this endorsement is shown on the Declarations:

We will pay you for loss of, or to, "members' property" resulting directly from actual or attempted "robbery" or "burglary," destruction or damage while the "members' property" is:

a. Inside a safe deposit box located in your vault; or

b. Stored in your vault; or

**SAFE DEPOSIT BOX ENDORSEMENT**
**CREDIT UNION BOND**

## COVERAGE

**FF. Loss Of Members'**
**Property**
continued

   c.  Temporarily elsewhere in your office while in the course of deposit into or removal from such safe deposit box or vault.

The Declarations will show if loss of "money" is included or excluded in Loss Of Members' Property Coverage

## ADDITIONAL DEFINITIONS

**Burglary**

"Burglary" means the taking of property:

   a.  From inside a locked safe deposit box in a locked vault by a person unlawfully entering the box and vault as evidenced by marks of forcible entry upon the safe deposit box and vault; or

   b.  If not contained in a safe deposit box, from inside a locked vault by a person unlawfully entering the vault as evidenced by marks of forcible entry upon the vault.

**Members' Property**

"Members' property" means "certificated securities," and other property owned by members or held by them in any capacity, whether or not the members are liable to others for its loss, destruction or damage.

**Money**

"Money" means currency, coins, bank notes, Federal Reserve notes, checks, drafts and money orders.

**Robbery**

"Robbery" means the taking of "members' property" from the care and custody of a person by:

   a.  Causing or threatening bodily harm to that person; or

   b.  Any other overt felonious act witnessed by anyone.

**SAFE DEPOSIT BOX ENDORSEMENT**
**CREDIT UNION BOND**

## ADDITIONAL EXCLUSION

We will not pay under this endorsement for:

**Assumed Liability**    Damages that arise out of, or the defense of any "lawsuit" connected with, liability you assume under any written agreement.

This exclusion does not apply to liability you would have had in the absence of such agreement.

The following Conditions in the Credit Union Bond do not apply to this endorsement:

a.   Insurance Under Two Or More Coverages Of This Bond; and

b.   Valuation Of Property; and

c.   Discovery Extension.

## ADDITIONAL CONDITION

**Valuation Of Property**    1   We will determine the value of property as follows:

a.   "Money" will be valued at its market value on the day the loss was discovered

b.   The value of "certificated securities" will be the market value as of the close of business on the day the loss was discovered. If no market value is readily available and the valuation cannot be agreed upon, the market value will be determined by arbitration. We may, at our option, provide a lost instrument bond to secure replacement of a certificate. The face amount of the lost instrument bond will not exceed the remaining balance of the applicable Single Loss Limit Of Liability; or

**SAFE DEPOSIT BOX ENDORSEMENT**
**CREDIT UNION BOND**

**ADDITIONAL CONDITION**

**Valuation Of Property**
continued

c. For losses of or to property other than "money" and "certificated securities" we may, at our option, either:

1) Pay the actual cash value of the property on the day the loss or damage was discovered; or

2) Repair the property; or

3) Replace the property with property of like kind and quality.

Any property that we pay for or replace becomes our property.

Copyright CUMIS Insurance Society, Inc 1999, 2001


**CUNA MUTUAL GROUP**

*CUMIS Insurance Society, Inc.*

P.O. Box 1084 • 5910 Mineral Point Road
Madison, WI 53701-1084
800.637.2676

**PLASTIC CARD/PIN ENDORSEMENT**
**CREDIT UNION BOND**

---

The coverage provided by this endorsement is subject to the Declarations, Definitions, Exclusions, General Agreements and Conditions contained in the Bond except as modified in this endorsement. The Definitions, Exclusions and Conditions in this endorsement apply only to this endorsement.

## COVERAGE

---

### A.1. Standard Plastic Card/PIN

If Standard Card Program is shown on the Declarations, we will pay you for your loss resulting directly from "credit card program" transactions, "debit card program" transactions or "ATM network card program" transactions when shown on the Declarations, effected through the:

   a    "Unauthorized use" of a personal identification number (PIN) issued by you to a "member" to access an "automated teller machine"; or

   b.    Use of a lost or stolen "plastic card"; or

   c.    "Unauthorized use" of your "cardholder's" "card number,"

provided that such use occurs within the United States of America, Virgin Islands, Puerto Rico or Canada and does not involve the use of a "counterfeit plastic card."

### A.2. Standard Counterfeit Plastic Card

If Standard Card Program is shown on the Declarations, we will pay you for your loss resulting directly from "credit card program" transactions, "debit card program" transactions or "ATM network card program" transactions when shown on the Declarations, effected through the:

   a.    Use of a "counterfeit plastic card," if the "plastic card" that has been counterfeited:

      1)    Was encoded with CVV (Visa®) or CVC (MasterCard®) and was validated for CVV or CVC; and

      2)    Had the authorization response code set to decline for CVV/CVC mismatch; and

      3)    Had the authorization response code set to decline for "expiration date mismatch,"

provided that such use occurs within the United States of America, Virgin Islands, Puerto Rico or Canada.

---

A.2.  Standard Counterfeit Plastic Card – continued

    b.  Use of a "counterfeit plastic card" at an electronic mechanical device which requires:

        1)  A personal identification number (PIN); or

        2)  Other electronic identification method,

    provided that such use occurs within the United States of America, Virgin Islands, Puerto Rico or Canada.

A.3.  Standard Individual Card Blocking Expenses

    We will pay you for reasonable and necessary charges for blocking expenses of a "plastic card" or "counterfeit plastic card" for the Standard Card Program when shown on the Declarations, not to exceed the lesser of six months or until that "plastic card" or "counterfeit plastic card" has expired; provided:

    a.  The block was initiated after you have or your card processor has discovered that a fraudulent transaction has been attempted on that "plastic card" or "counterfeit plastic card"; and

    b.  The attempted fraudulent transaction occurred within the United States of America, Virgin Islands, Puerto Rico or Canada.

A.4.  Standard Reward Fee

    We will pay you for the reward fee that you are charged for a recovered Visa® or MasterCard® "plastic card" or "counterfeit plastic card" for the Standard Card Program when shown on the Declarations.

    The reward fee must be on a "plastic card" or "counterfeit plastic card" recovered in the United States of America, Virgin Islands, Puerto Rico or Canada.

A.5.  Standard Application

    If Standard Debit Card Program or Standard ATM Network Card Program is shown on the Declarations, we will pay you for your loss resulting directly from "debit transactions" arising out of the use of a "plastic card" within the United States of America, Virgin Islands, Puerto Rico or Canada, if the "plastic card" was applied for and obtained through trick, artifice or fraud by a natural person purporting to be another natural person.

PLASTIC CARD/PIN ENDORSEMENT
CREDIT UNION BOND

## COVERAGE

**B.1.   Worldwide Plastic Card/PIN**

If Worldwide Card Program is shown on the Declarations, we will pay you for your loss resulting directly from "credit card program" transactions, "debit card program" transactions or "ATM network card program" transactions when shown on the Declarations, effected through the:

a.   "Unauthorized use" of a personal identification number (PIN) issued by you to a "member" to access an "automated teller machine"; or

b    Use of a lost or stolen "plastic card"; or

c.   "Unauthorized use" of your "cardholder's" "card number,"

anywhere in the world and does not involve the use of a "counterfeit plastic card."

**B.2.   Worldwide Counterfeit Plastic Card**

If Worldwide Card Program is shown on the Declarations, we will pay you for your loss resulting directly from "credit card program" transactions, "debit card program" transactions or "ATM network card program" transactions when shown on the Declarations, effected through the:

a.   Use of a "counterfeit plastic card," if the "plastic card" that has been counterfeited:

1)   Was encoded with CVV (Visa®) or CVC (MasterCard®) and was validated for CVV or CVC; and

2)   Had the authorization response code set to decline for CVV/CVC mismatch; and

3)   Had the authorization response code set to decline for "expiration date mismatch,"

anywhere in the world.

b.   Use of a "counterfeit plastic card" at an electronic mechanical device which requires:

1)   A personal identification number (PIN); or

2)   Other electronic identification method,

anywhere in the world.

**PLASTIC CARD/PIN ENDORSEMENT**
**CREDIT UNION BOND**
**COVERAGE**

B.3.   Worldwide Card Blocking Expenses

1.   We will pay you for reasonable and necessary charges for blocking expenses of a "plastic card" or "counterfeit plastic card" for the Worldwide Card Program when shown on the Declarations, not to exceed the lesser of six months or until that "plastic card" or "counterfeit plastic card" has expired, provided:

   a.   The block was initiated after you have or your card processor has discovered that a fraudulent transaction has been attempted on that "plastic card" or "counterfeit plastic card"; and

   b.   The attempted fraudulent transaction occurred anywhere in the world.

2.   We will pay reasonable and necessary charges for a "regional block" for your Bank Identification number (BIN), for the Worldwide Card Program when shown on the Declarations, not to exceed the lesser of six months or until that "plastic card" or "counterfeit plastic card" has expired, provided:

   a.   The "regional block" was for the region in which the fraudulent transaction occurred and was initiated after you have or your card processor has discovered that a fraudulent transaction has been attempted on that "plastic card" or "counterfeit plastic card"; and

   b.   The attempted fraudulent transaction occurred anywhere in the world.

B.4.   Worldwide Reward Fee

We will pay you for the reward fee that you are charged for a recovered Visa® or MasterCard® "plastic card" or "counterfeit plastic card" for the Worldwide Card Program when shown on the Declarations.

B.5.   Worldwide Application

If Worldwide Debit Card Program or Worldwide ATM Network Card Program is shown on the Declarations, we will pay you for your loss resulting directly from "debit transactions" arising out of the use of a "plastic card" anywhere in the world, if the "plastic card" was applied for and obtained through trick, artifice or fraud by a natural person purporting to be another natural person.

**PLASTIC CARD/PIN ENDORSEMENT**
**CREDIT UNION BOND**
**DEFINITIONS**

### ATM Network Card Program

"ATM network card program" means a "plastic card" used for "debit transactions" that requires a personal identification number (PIN) or other electronic identification method, and does not contain a Visa® logo or MasterCard® logo

### Address Mismatch

"Address mismatch" means a security feature that detects and is set to decline for a discrepancy between the "cardholder" address transmitted by the merchant at the time of the transaction, and the address stored on your master "cardholder" file used for an authorization.

### Card Association

"Card association" means Visa® or MasterCard®.

### Card Number

"Card number" means a number assigned to you and issued by you to a "cardholder" who is authorized by you to use that number.

### Cardholder

"Cardholder" means an entity or a natural person to whom you have issued a "plastic card."

"Cardholder" does not mean a natural person purporting to be another natural person, except as may be covered under Standard Application Coverage or Worldwide Application Coverage.

### Chargeback

"Chargeback" means a formal process to charge the amount of the transaction back to the acquiring financial institution because the merchant has not complied with the "card association's" rules.

### Compliance Process

"Compliance process" means a "card association's" dispute resolution process for a rule violation when no "chargeback" is available, which is pursued through final determination from the "card association."

    Copyright CUMIS Insurance Society, Inc 1999, 2001, 2002, 2005

**PLASTIC CARD/PIN ENDORSEMENT**
**CREDIT UNION BOND**
**DEFINITIONS**

**Counterfeit Plastic Card**

"Counterfeit plastic card" means a card that is printed, embossed, or encoded with your "cardholder's" "card number" without your prior authorization.

**Credit Card Program**

"Credit card program" means a "plastic card" that contains a Visa® logo or MasterCard® logo and is used for "credit transactions."

**Credit Transactions**

"Credit transactions" mean your extension of credit that is linked to a "card number."

**Date Of Discovery**

"Date of discovery" means the date you or your card processor first discovers one or more of the following:

a. "Unauthorized use" of a personal identification number (PIN) or other electronic identification method to access an "automated teller machine"; or

b. Use of a lost or stolen "plastic card"; or

c. "Unauthorized use" of a "cardholder's" "card number"; or

d. A "debit transaction" by the use of a "plastic card" which was applied for and obtained through trick, artifice or fraud by a person purporting to be your "member"; or

e. Use of a "counterfeit plastic card"; or

f. Use of an "unissued plastic card number."

**Debit Card Program**

"Debit card program" means a "plastic card" that contains a Visa® logo or MasterCard® logo and is used for "debit transactions."

**Debit Transactions**

For any "plastic card" other than a prepaid card, the following definition applies: "Debit transactions" mean debiting a "member's" deposit account by use of a "card number."

PLASTIC CARD/PIN ENDORSEMENT
CREDIT UNION BOND
DEFINITIONS

**Debit Transactions – continued**

For any prepaid "plastic card," the following definition applies: "Debit transactions" mean the debiting of a prepaid debit account by use of a "card number."

**Expiration Date Mismatch**

"Expiration date mismatch" means a discrepancy exists between the exact expiration date used for authorization and the expiration date that was issued by you for that "plastic card."

**Member**

"Member" means an entity or natural person that has a share account with you.

**Passed**

"Passed" means the Verified by Visa® (Visa®) or MasterCard® SecureCode that was entered for authentication matched the password that was registered for the "card number."

**Per Card Number Loss**

"Per card number loss" means all loss resulting directly from "unauthorized use" of a "card number."

**Plastic Card**

"Plastic card" means:

a. A card issued by you that is printed, embossed and encoded with your "cardholder's" "card number"; or

b. A prepaid card issued by you that is encoded with a "card number."

**Regional Block**

"Regional block" means an instruction given to automatically deny authorization of all "credit transactions" or all "debit transactions" originating in a particular geographical area.

**Replacement Or Additional Card**

"Replacement or additional card" means a "plastic card" issued on your existing "cardholder's" account:

**PLASTIC CARD/PIN ENDORSEMENT**
**CREDIT UNION BOND**
**DEFINITIONS**

Replacement Or Additional Card - continued

    a. To replace a "plastic card" which was defective or worn out; or

    b. As an additional "plastic card,"

provided that another "plastic card" with the same "card number" is actively in use at the time of the request for the new "plastic card."

Unauthorized Use

    "Unauthorized use" means the use of a personal identification number (PIN) or "card number" by a person, other than the "cardholder," who does not have actual, implied, or apparent authority for such use, and from which the "cardholder" receives no benefit.

Unissued Plastic Card Number

    "Unissued plastic card number" means a valid number within the Bank identification number (BIN) range assigned to you but not, at any time prior to the loss, issued by you to any person or entity.

**PLASTIC CARD/PIN ENDORSEMENT**
**CREDIT UNION BOND**

**EXCLUSIONS**

We will not pay under this endorsement for:

**Acquiring Financial Institution Service**

Any loss resulting directly or indirectly from a service you provide in accepting or processing card transactions for a merchant.

**Active Card In Transit**

Any loss resulting directly or indirectly from a "plastic card" sent to your "cardholder" but not actually received by your "cardholder."

This exclusion does not apply to:

a. A "plastic card" subject to an activation program; or

b. A "plastic card" used at an electronic mechanical device which requires:

1) A Personal identification number (PIN); or

2) Other electronic identification method,

to effect a transaction; or

c. A "replacement or additional card."

**Address Mismatch**

Any loss resulting directly or indirectly from your failure to use "address mismatch" at the time of the transaction.

**Assumption Of Another's Liability**

Any loss resulting directly or indirectly from your actual or alleged assumption of another's liability by written, oral or implied contract or agreement.

This exclusion does not apply to liability that you would have had in the absence of such contract or agreement or to any limitation of liability agreements you have with your card processor.

**PLASTIC CARD/PIN ENDORSEMENT
CREDIT UNION BOND
EXCLUSIONS**

### Authorized User

Any loss resulting directly or indirectly from the use of a "plastic card" or "card number" by the "cardholder," or by any person who had actual, implied, or apparent authority for such use.

### CVV2 (Visa®) Or CVC2 (MasterCard®)

Any loss resulting directly or indirectly from your failure to reject a mismatch of CVV2 (Visa®) or CVC2 (MasterCard®) at the time of the transaction.

### Chargeback

Any loss resulting directly or indirectly from your failure to mitigate a loss utilizing a "chargeback," regardless of whether any "chargeback" was pursued.

Any expense related to a "chargeback."

### Compliance Process

Any loss resulting directly or indirectly from your failure to mitigate a loss utilizing the "compliance process," regardless of whether any "compliance process" was pursued.

Any expense related to a "compliance process."

### Electronic Commerce Transactions

Any loss resulting directly or indirectly from an online consumer "card number" transaction conducted over the Internet or other public or private network.

This exclusion does not apply if at the time of the transaction:

a. You were a participant in the applicable Verified by Visa (Visa®) or MasterCard® SecureCode program; and

b. The "card number" was enrolled in the applicable Verified by Visa (Visa®) or MasterCard® SecureCode program; and

c. The Verified by Visa (Visa®) or MasterCard® SecureCode authentication "passed" for the transaction; and

d. You declined authorization for a mismatch of the CAVV (Visa®) or AAV (MasterCard®).

**PLASTIC CARD/PIN ENDORSEMENT**
**CREDIT UNION BOND**
**EXCLUSIONS**

**Electronic Funds Transfer**

Any loss resulting directly or indirectly from any violation of any federal or state electronic funds transfer law or regulation.

**Indirect Loss**

For purposes of this endorsement only, the Indirect Loss Exclusion in the Credit Union Bond is replaced with the following:

Any indirect or consequential loss including loss of use of property, operating expenses, processing expenses, fees, loss of income, or loss of interest, except as may be covered under:

a.  Standard Individual Card Blocking Expenses; or

b.  Standard Reward Fee; or

c.  Worldwide Card Blocking Expenses; or

d.  Worldwide Reward Fee

This exclusion does not apply to:

a.  Foreign currency conversion fees you are obligated to pay to your "cardholder"; or

b.  An "automated teller machine" transaction fee you are charged resulting from the "unauthorized use" of your "cardholder's" "card number."

**Issuance Of A Plastic Card**

Any loss resulting directly or indirectly from the issuance of a "plastic card" obtained:

a.  Without your receipt of an application or request for the "plastic card"; or

b.  Through an application or request for the "plastic card" by means of trick, artifice, "forgery" or other fraud,

except as may be covered under Standard Application Coverage or Worldwide Application Coverage.

**PLASTIC CARD/PIN ENDORSEMENT**
**CREDIT UNION BOND**

**EXCLUSIONS**

Unissued Plastic Card Number

Any loss resulting directly or indirectly from the use of an "unissued plastic card number."

**PLASTIC CARD/PIN ENDORSEMENT**
**CREDIT UNION BOND**

**CONDITIONS**

### Annual Aggregate Deductible

We will not pay for any covered loss until the amount of covered loss discovered during the Annual Bond Period exceeds the Annual Aggregate Deductible shown in Section 3 of the Declarations. The amount of covered loss which may reduce the Annual Aggregate Deductible will not exceed the Per Card Number Limit Of Liability set forth in the Declarations. Any co-payment percentage will not be applied to loss used to reduce the Annual Aggregate Deductible.

### Annual Aggregate Limit Of Liability

The Plastic Card/PIN Annual Aggregate Limit Of Liability shown in Section 3 of the Declarations in effect during any one Annual Bond Period is the maximum amount that we will be liable to pay for all loss discovered during that Annual Bond Period.

The Plastic Card/PIN Annual Aggregate Limit Of Liability shown in Section 3 of the Declarations will be reduced by all payments made under this endorsement during any one Annual Bond Period, excluding amounts recoverable from, or paid by, us under Defense Costs Coverage

When the amount of our payments during an Annual Bond Period equals the Plastic Card/PIN Annual Aggregate Limit Of Liability, all coverage for that Annual Bond Period will be exhausted: and

a.  We will have no further liability for loss discovered during that Annual Bond Period, whether or not previously reported to us; and

b.  The premium for such coverage for that Annual Bond Period will be considered earned; and

c.  If we have elected to defend you under Defense Costs Coverage with respect to a potential loss under this coverage, we will have no further obligation to defend you. Upon your receipt of notice from us of the exhaustion of the Annual Aggregate Limit Of Liability, you will assume all responsibility for your defense at your own cost.

The Plastic Card/PIN Annual Aggregate Limit Of Liability will not be reinstated by amounts recovered from third parties.

### Co-Payment

Subject to all applicable conditions and exclusions and after the Annual Aggregate Deductible has been satisfied, you will pay and keep uninsured that portion of each covered loss, other than "defense costs," which is equal to your Co-Payment percentage shown on the Declarations

Copyright CUMIS Insurance Society, Inc 1999, 2001, 2002, 2005

PLASTIC CARD/PIN ENDORSEMENT
CREDIT UNION BOND

**CONDITIONS**

Per Card Number Loss

Each "per card number loss" will be applied to the Annual Bond Period in which the "date of discovery" first occurs.

Per Card Number Deductible

1. Subject to all applicable exclusions and conditions, the amount of covered loss for each:

   a. "Card number" used for a "credit card program" transaction; and

   b. "Card number" used for a "debit card program" transaction; and

   c. "Card number" used for an "ATM network card program" transaction,

   is reduced by the Per Card Number Deductible shown on the Declarations

2. Subject to all the applicable exclusions and conditions, the amount of covered loss for each personal identification number (PIN) issued by you to access an "automated teller machine" to debit a "member's" account without the use of a "plastic card," is reduced by the Per Card Number Deductible for the ATM Network Card Program shown on the Declarations.

3. The Per Card Number Deductible shown on the Declarations does not apply to "defense costs."

Per Card Number Limit Of Liability

1. The Per Card Number Limit Of Liability shown on the Declarations is the maximum loss amount we will pay for any loss related to the use of each:

   a. "Card number" used for a "credit card program" transaction; and

   b. "Card number" used for a "debit card program" transaction; and

   c. "Card number" used for an "ATM network card program" transaction.

2. The Per Card Number Limit Of Liability shown on the Declarations for an ATM Network Card Program is the maximum loss related to the use of each personal identification number (PIN) issued by you to access an "automated teller machine" to debit a "member's" account without the use of a "plastic card."

Copyright CUMIS Insurance Society, Inc 1999, 2001, 2002, 2005

**PLASTIC CARD/PIN ENDORSEMENT**
**CREDIT UNION BOND**
<u>**CONDITIONS**</u>

Per Card Number Limit Of Liability - continued

    3. The Per Card Number Limit Of Liability shown on the Declarations does not apply to "defense costs."

Loss Available To Satisfy Annual Aggregate Deductible And Annual Aggregate Limit Of Liability

    Subject to all applicable conditions and exclusions, the covered loss for each "card number" and each "unissued plastic card number" will be:

    a  Reduced by the applicable Per Card Number Deductible shown on the Declarations; and

    b.  Then subject to the applicable Per Card Number Limit Of Liability shown on the Declarations;

    to determine the amount of covered loss subject to the Annual Aggregate Deductible, and Annual Aggregate Limit Of Liability.

Discovery Of Loss

    The Discovery Of Loss Condition in the Credit Union Bond does not apply to this endorsement

Notice Of Discovery Of Loss

    The Notice Of Discovery Of Loss Condition in the Credit Union Bond does not apply to this endorsement.

Your Duties After You Learn Of A Common Point Of Compromise

    You must provide us an Internet, oral or written notice no later than 20 days after you first become aware of a common point of compromise that increases the risk of loss to multiple "card numbers" or "unissued plastic card numbers."

    Examples of a common point of compromise include, but are not limited to:

    a.  A security breach of a database that contains "card numbers"; or

    b.  A theft of a shipment of "plastic cards"; or

    c.  Any other common point of compromise involving multiple "card numbers" or "unissued plastic card numbers."

**PLASTIC CARD/PIN ENDORSEMENT**
**CREDIT UNION BOND**
**CONDITIONS**

**Your Duties After Date Of Discovery**

You must do all of the following after the "date of discovery" for each "card number" and each "unissued plastic card number":

a.  Provide us with an Internet notification or written notice no later than 30 days after the "date of discovery"; and

b.  Take all reasonable measures to mitigate a loss; and

c   Provide us with an Internet Cardholder Summary Form or a written Proof of Loss with documentation supporting each "card number" loss or each "unissued plastic card number" loss no later than 30 days after:

   1)  You receive your card processor's report showing each "card number" loss or each "unissued plastic card number" loss amount to be claimed; or

   2)  You complete your investigation and determine each "card number" loss or each "unissued plastic card number" loss amount to be claimed,

   whichever comes first; and

d.  Notify the appropriate law enforcement authorities if the responsible party causing the loss can be identified; and

e.  Give us reasonable access to your books, records and operations that we deem relevant to the loss; and

f.  Permit us to question your "directors" and "employees" at reasonable times. The questioning may be under oath and they may be required to sign written statements; and

g.  Immediately send us any legal papers or legal notices received concerning the loss; and

h.  Cooperate with us in all matters pertaining to the loss.

**Valuation Of Foreign Currency**

For purposes of this endorsement only, the Foreign Currency Valuation paragraph in the Valuation Of Property Condition in the Credit Union Bond is replaced with the following:

We will determine the value of foreign currency at the conversion rate used for the settlement of the transaction as shown on your "cardholder's" statement.

**CUNA MUTUAL GROUP**

*CUMIS Insurance Society, Inc.*

P.O. Box 1084 • 5910 Mineral Point Road
Madison, WI 53701-1084
800 637.2676

**CONSUMER LEGISLATION ENDORSEMENT
CREDIT UNION BOND**

The coverage provided by this endorsement is subject to the Declarations, Definitions, Exclusions, General Agreements and Conditions as contained in the Bond except as modified in this endorsement. The Additional Definition, Exclusions, Additional Exclusions, General Agreements and Conditions in this endorsement apply only to this endorsement

## COVERAGE

GG.    Consumer Legislation

We will pay you for your "covered loss" resulting directly from your failure to comply with "consumer legislation"

## ADDITIONAL DEFINITION

Covered Loss

"Covered loss" means:

a    Statutory penalties assessed for violation of "consumer legislation"; or

b    Any other amounts, not otherwise excluded, you are ordered to pay resulting directly from violations of "consumer legislation"; or

c    "Defense costs."

## EXCLUSIONS

The Fines, Penalties And Restitution Exclusion in the Credit Union Bond does not apply to this endorsement

Non-Compensatory Damages

For purposes of this endorsement only, the Non-Compensatory Damages Exclusion in the Credit Union Bond is replaced with the following:

Any damages of any type for which you are legally liable, except damages assessed under Section 706(b) of the Equal Credit Opportunity Act or compensatory damages, but not multiples of compensatory damages arising directly or indirectly from a "covered loss"

Copyright CUMIS Insurance Society, Inc 2001

**CONSUMER LEGISLATION ENDORSEMENT
CREDIT UNION BOND**

## ADDITIONAL EXCLUSIONS

We will not pay under this endorsement for:

**Criminal Fines, Penalties And Restitution**

Any loss resulting directly or indirectly from criminal fines, penalties, order of forfeiture and order of restitution which may be assessed against you

**Dividends**

Any amounts you are liable to pay representing dividends due

**Interest**

Any amounts you are liable to reimburse, pay, or return representing interest you collected in error or you were otherwise not entitled to collect

**Non-Pecuniary Relief**

Any loss resulting directly or indirectly from non-pecuniary relief awarded or directed against you

## GENERAL AGREEMENTS

**Attorneys' Fees And Court Costs**

For purposes of this endorsement only, the Attorneys' Fees And Court Costs General Agreement in the Credit Union Bond is replaced with the following:

With respect to any "lawsuit" for which coverage is available, in whole or in part, under this endorsement:

1   We may elect to conduct the defense of the "lawsuit," in whole or in part, in which case:

    a   We will select attorneys of our choice to conduct the defense in your name; and

    b   You will cooperate with us and our chosen attorneys in your defense; and

    c   The following will be covered loss under this Endorsement, subject to the Consumer Legislation Single Loss Limit Of Liability, Annual Aggregate Limit Of Liability and deductible in effect during the Annual Bond Period in which Discovery Of Loss occurs:

        1)   Any judgment against you on a claim or cause of action constituting a collectible loss under this Endorsement, and any settlement in which we participate to the extent of our payment; and

        2)   All "defense costs" incurred by us

**CONSUMER LEGISLATION ENDORSEMENT**
**CREDIT UNION BOND**

## GENERAL AGREEMENTS

**Attorneys' Fees And Court Costs** – continued

2    Should we not exercise our election to conduct the defense pursuant to paragraph 1 , then:

    a.  Reimbursement for "defense costs" under this endorsement will be made to you as "defense costs" are incurred and paid by you, and neither a judgment against you nor a settlement by you will determine the existence or amount of coverage under this endorsement for any claim or cause of action; and

    b  The time periods set forth in Your Duties In Event Of A Loss Condition, paragraph a , and Legal Action Against Us Condition, paragraph b , will be calculated from the date of entry of the judgment or occurrence of the settlement upon which your claim is based.

## CONDITIONS

### Single Loss Limit Of Liability

For purposes of this endorsement only, the Single Loss Limit Of Liability Condition in the Credit Union Bond is replaced with the following:

Subject to the Annual Aggregate Limit Of Liability for Consumer Legislation Coverage, the maximum amount we will be liable to pay for a "single loss" is the Single Loss Limit Of Liability for Consumer Legislation shown on the Declarations in effect when such "single loss" is discovered.

### Right To Recover From Others

For purposes of this endorsement only, the Rights To Recover From Others Condition in the Credit Union Bond is replaced with the following:

If you have the right to recover all or part of any loss for which we have made payment under this Bond, we will be subrogated to those rights and those rights will be assigned to us. You must do everything reasonably necessary to secure and protect those rights. You must not do anything to impair those rights.

We will not seek recovery of amounts paid under this endorsement from an "employee" whose negligent act, error or omission resulted in the loss

### Annual Aggregate Limit Of Liability

For purposes of this endorsement only, the Annual Aggregate Limit Of Liability Condition in the Credit Union Bond is replaced with the following:

The Annual Aggregate Limit Of Liability shown on the Declarations for Consumer Legislation is the maximum amount that we will be liable to pay for all loss discovered during that Annual Bond Period under this endorsement

**CONSUMER LEGISLATION ENDORSEMENT**
**CREDIT UNION BOND**

**CONDITIONS**

Annual Aggregate Limit Of Liability – continued

The Annual Aggregate Limit Of Liability for Consumer Legislation will be reduced by all payments made under this coverage during any one Annual Bond Period, including amounts recoverable from, or paid by, us under Attorneys' Fees And Court Costs General Agreement in this endorsement.

When our payments reach the Annual Aggregate Limit Of Liability for Consumer Legislation, all coverage for that Annual Bond Period under this endorsement will be exhausted, and:

a. We will have no further liability for loss discovered during that Annual Bond Period, whether or not previously reported to us; and

b. The total premium for such coverage for that Annual Bond Period will be considered earned; and

c. If we have elected to defend you under Attorneys' Fees And Court Costs General Agreement of this Endorsement with respect to a potential loss under this Endorsement, we will have no further obligation to defend you. Upon your receipt of notice from us of the exhaustion of the Consumer Legislation Annual Aggregate Limit Of Liability, you will assume all responsibility for your defense at your own cost.

This Annual Aggregate Limit Of Liability will not be increased or reinstated by amounts recovered from third parties.

Copyright CUMIS Insurance Society, Inc 2001