# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESSNA EMPLOYEES CREDIT UNION, a Kansas state chartered credit union (See attachment for additional Plaintiffs),<br>Plaintiffs<br>V.<br>CUNA MUTUAL GROUP, a Wisconsin corporation; and CUMIS INSURANCE SOCIETY, INC., a Wisconsin corporation,<br>Defendants. | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER:<br><br>CV 07    5771<br><br>JSW |

TO: (Name and address of defendant)
CUNA MUTUAL GROUP, a Wisconsin corporation
P. O. Box 1221
5910 Mineral Point Road
Madison, WI 53701-1221

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Robert C. Gebhardt, Esq.
J.T. Wells Blaxter, Esq.
JEFFER, MANGELS, BUTLER & MARMARO LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111

Michael H. Ahrens, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                             NOV 1 4 2007
CLERK                                                          DATE

_____
(BY) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com

637359v1

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]      DATE |
| Name of SERVER      TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                Date                                                  Signature of Server

                                                                      _____
                                                                       Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

637359v1

1  **ATTACHMENT TO SUMMONS**

2  **PLAINTIFFS**, cont'd:

3  ADVANTAGE PLUS FEDERAL CREDIT UNION, a Federally chartered credit union; EAST IDAHO CREDIT UNION, an Idaho state chartered credit union; HEALTH SERVICES CREDIT UNION; an Iowa state chartered credit union; IDAHO FALLS TEACHERS CREDIT UNION, an Idaho state chartered credit union; and LES BOIS FEDERAL CREDIT UNION; a Federally chartered credit union; CLEARWATER CREDIT UNION, an Idaho state chartered credit union; SCENIC FALLS FEDERAL CREDIT UNION, a Federally chartered credit union; and SIMCOE CREDIT UNION, an Idaho state chartered credit union, ST. ALPHONSUS MEDICAL CREDIT UNION, an Idaho state chartered credit union; POCATELLO RAILROAD FEDERAL CREDIT UNION, a Federally chartered credit union; RACOM COMMUNITY CREDIT UNION, an Iowa state chartered credit union; and, TRANSIT EMPLOYEES FEDERAL CREDIT UNION, a Federally chartered credit union,

PRINTED ON RECYCLED PAPER

637362v1

SUMMONS