# AFFIDAVIT OF SERVICE

[ ] Milwaukee Co.   [ ] Racine Co.   [ ] Kenosha Co.   [ ] Waukesha Co.   [ ] Washington Co.   [X] Northern Dist. of Calif. Co.

**STATE OF WISCONSIN}**
**Milwaukee County}** ss

Case No. _CV07 5771_

Court Date:_____

Document{s} attached: [X] Summons [ ] Complaint [ ] Summons & Complaint [ ] Subpoena [ ] Order to Appear before a Court Commissioner
[ ] Order [ ] Motion [ ] Order to Show Cause [ ] Subpoena Duces Tecum [ ] Check in the amount of $_____ Travel or Witness Fee

Other _____

**Corporate Service**

I, _J. Hebert_, being duly sworn on oath, state I am an adult resident of this State. I am not a party to the legal action of the attached document(s) which was/were served upon the below named party and endorsed as required by Wis. Stats. 801(10)(2).

_Cumis Insurance Society, Inc._ and leaving with

_Julie Anderson_

[ ] Officer [ ] Registered Agent [ ] Person Apparently in Charge [ ] Managing Agent [X] Authorized Agent [ ] Person Design to Receive Legal Process

Address _5910 Mineral Point Rd._   [ ] City of Milwaukee or [X] _Madison_ WI.

on the _15_ day of _Nov_ 2007 _2:45_ [ ] a.m. [X] p.m. a true and correct copy of the said documents informing _her_ of the contents thereof of.

Garnishee Service   [ ] Earnings   [ ] Non Earnings

I _____, as an agent for State process Service, Inc. being duly sworn on oath state that I am an adult resident of the State of Wisconsin and that I am not a party to the action to which this affidavit is attached. I further swear that I did serve the above identified attached document in the above entitled action, hereto annexed, upon the named garnishee identified as:

_____ by leaving with _____

Address _____ [ ] City of Milwaukee or [ ] _____ WI

person in charge, personally, a true and correct (authenticated) copy thereof paying _____ the legal fee of $ _____ at _____ [ ] a.m. [ ] p.m.

on the _____ of _____ 2007

**Court Commissioner Service**

I _____, as an agent for State Process service, Inc. being duly sworn on oath state that I am an adult resident of the State of Wisconsin and that I am not a party to the action to which this affidavit is attached. I further swear that I did serve the above identified attached document in the above entitled action by delivering to and leaving with _____ a true and correct (authenticated) copy thereof exhibiting to _____ the original signed by the Honorable _____ [ ] Judge [ ] Court Commissioner

at Address _____ [ ] City of Milwaukee or [ ] _____ WI

on the _____ day of _____ 2007 at _____ [ ] a.m. [ ] p.m.

Subscribed and sworn to before me this _16th_ day of _Nov_, 2007

_Susan Encke_
Notary Public
My Commission expires: _5/8/10_

© State Process Service, Inc. 2007

**STATE PROCESS SERVICE, INC.**

_____ OF _____ AFFIDAVITS

Fee for Service: _____

Fees: Mileage _185_ @ _.45_/mile: _83.25_
Fees: Hourly _3.5_ @ _$37.50_/hr _131.25_
Special Fees:: _____

TOTAL FEES: $ _214.50_

Agent