# AFFIDAVIT OF SERVICE

[ ] Milwaukee Co.  [ ] Racine Co.  [ ] Kenosha Co.  [ ] Waukesha Co.  [ ] Washington Co.  [X] Northern Dist. of Calif. Co.

**STATE OF WISCONSIN}**
**Milwaukee County}** ss

Case No. _CV07 5771_

Court Date: _____

Document{s} attached: [X] Summons [ ] Complaint [ ] Summons & Complaint [ ] Subpoena [ ] Order to Appear before a Court Commissioner
[ ] Order [ ] Motion [ ] Order to Show Cause [ ] Subpoena Duces Tecum [ ] Check in the amount of $ _____ Travel or Witness Fee

Other _____

**Corporate Service**

I, _J. Hebert_, being duly sworn on oath, state I am an adult resident of this State. I am not a party to the legal action of the attached document(s) which was/were served upon the below named party and endorsed as required by Wis. Stats. 801(10)(2).
_Cuna Mutual Group_ and leaving with _Julie Anderson_
[ ] Officer [ ] Registered Agent [ ] Person Apparently in Charge [ ] Managing Agent [X] Authorized Agent [ ] Person Design to Receive Legal Process

Address _5910 Mineral Point Rd._ [ ] City of Milwaukee or [X] _Madison_ WI.

on the _15_ day of _Nov_ 2007 _245_ [ ] a.m. [X] p.m. a true and correct copy of the said documents informing _her_ of the contents thereof of.

**Garnishee Service** [ ] Earnings [ ] Non Earnings

I _____, as an agent for State process Service, Inc. being duly sworn on oath state that I am an adult resident of the State of Wisconsin and that I am not a party to the action to which this affidavit is attached. I further swear that I did serve the above identified attached document in the above entitled action, hereto annexed, upon the named garnishee identified as:
_____ by leaving with _____
Address _____ [ ] City of Milwaukee or [ ] _____ WI
person in charge, personally, a true and correct (authenticated) copy thereof paying _____ the legal fee of $ _____ at _____ [ ] a.m. [ ] p.m.
on the _____ of _____ 2007

**Court Commissioner Service**

I _____, as an agent for State Process service, Inc. being duly sworn on oath state that I am an adult resident of the State of Wisconsin and that I am not a party to the action to which this affidavit is attached. I further swear that I did serve the above identified attached document in the above entitled action by delivering to and leaving with _____ a true and correct (authenticated) copy thereof exhibiting to _____ the original signed by the Honorable _____ [ ] Judge [ ] Court Commissioner
at Address _____ [ ] City of Milwaukee or [ ] _____ WI
on the _____ day of _____ 2007 at _____ [ ] a.m. [ ] p.m.

Subscribed and sworn to before me this _16th_ day of _Nov_, 2007
_Susan Thieke_
Notary Public
My Commission expires: _5/16/10_

© State Process Service, Inc. 2007

STATE PROCESS SERVICE, INC.

Agent

_____ OF _____ AFFIDAVITS
Fee for Service: _____
Fees: Mileage _____ @ _____ / mile: _____
Fees: Hourly _____ @ $ _____ /hr _____
Special Fees: _____
TOTAL FEES: $ _Incl._