1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICHAEL R. DAVISSON  Bar No. 83278
2  michael.davisson@sdma.com
   DAVID A. RING  Bar No. 190011
3  david.ring@sdma.com
   801 South Figueroa Street, 19th Floor
4  Los Angeles, California  90017-5556
   Telephone:     (213) 426-6900
5  Facsimile:     (213) 426-6921

6  Attorneys for Defendant
   CUNA MUTUAL GROUP, a Wisconsin corporation and CUMIS INSURANCE SOCIETY,
7  INC., a Wisconsin corporation,

8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  CESSNA EMPLOYEES CREDIT UNION, a Kansas state chartered credit union; ADVANTAGE PLUS FEDERAL CREDIT UNION, a Federally chartered credit union; EAST IDAHO CREDIT UNION, a Idaho state chartered credit union; HEALTH SERVICES CREDIT UNION; an Iowa state chartered credit union; IDAHO FALLS TEACHERS CREDIT UNION, an Idaho state chartered credit union; LES BOIS FEDERAL CREDIT UNION, a Federally chartered credit union; CLEARWATER CREDIT UNION, an Idaho state chartered credit union; SCENIC FALLS FEDERAL CREDIT UNION, a Federally chartered credit union; SIMCOE CREDIT UNION, an Idaho state chartered credit union, ST. ALPHONSUS MEDICAL CREDIT UNION, an Idaho state chartered credit union; POCATELLO RAILROAD FEDERAL CREDIT UNION, a Federally chartered credit union; RACOM COMMUNITY CREDIT UNION, an Iowa state chartered credit union; and TRANSIT EMPLOYEES FEDERAL CREDIT UNION, a Federally chartered credit union, | CASE NO. CV 07 5771 (JSW)<br><br>Hon. Jeffrey S. White<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICATION OR, IN THE ALTERNATIVE, TO STAY THIS ACTION PENDING COMPLETION OF FIRST-FILED STATE COURT PROCEEDING**<br><br>**[FRCP 12(b)(1)]**<br><br>[Filed Concurrently with Memorandum of Points and Authorities, Declarations of Janice C. Doyle and David A. Ring in Support Thereof, and [Proposed] Order]<br><br>DATE:           January 11, 2008<br>TIME:           9:00 a.m.<br>COURTROOM:      2 |
| 27          Plaintiffs, | |
| 28          v. | |

-1-                    **CASE NO. CV 07 5771 (JSW)**
                       DEFENDANTS' NOTICE OF MOTION
                       AND MOTION TO DISMISS

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | CUNA MUTUAL GROUP, a Wisconsin corporation and CUMIS INSURANCE SOCIETY, INC., a Wisconsin corporation,<br><br>    Defendants. |

7  
8      TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

9      **PLEASE TAKE NOTICE** that defendants Cumis Insurance Society, Inc. ("Cumis") and

10  Cuna Mutual Group ("CUNA," an erroneously sued non-entity) hereby move, pursuant to Rule

11  12 (b)(1) of the Federal Rules of Civil Procedure, for an order dismissing the complaint filed by

12  plaintiffs Cessna Employees' Credit Union, Advantage Plus Federal Credit Union, East Idaho

13  Credit Union, Health Services Credit Union, Idaho Falls Teachers Credit Union, Les Bois Federal

14  Credit Union, Clearwater Credit Union, Scenic Falls Federal Credit Union, Simcoe Credit Union,

15  St. Alphonsus Medical Credit Union, Pocatello Railroad Federal Credit Union, Racom

16  Community Credit Union, and Transit Employees Federal Credit Union (collectively, "Plaintiffs")

17  on the grounds that:

18      1.     The Court lacks jurisdiction over the subject matter of this action pursuant to 28

19  U.S.C. § 1332(a) because Cumis is, and was at the time of filing of the complaint, incorporated in

20  the State of Iowa (despite the complaint's allegations to the contrary), and, as alleged in the

21  plaintiffs' complaint, plaintiffs Health Services Credit Union and Racom Community Credit Union

22  are each "organized under the laws of the State of Iowa" and each "maintains its place of

23  business" in Iowa. Accordingly, the requisite "complete diversity" between plaintiffs and

24  defendants is absent, and the Court lacks subject matter jurisdiction under 28 U.S.C. § 1332(a).

25  *See, e.g., Pullman Co. v. Jenkins*, 305 U.S. 534, 541 (1939).

26      2.     In the alternative, Defendants move for an order staying this action, pursuant to

27  *Colorado River Water Conservation District v. United States,* 424 U.S. 800, 96 S. Ct. 1236

28  (1976), pending resolution of the ongoing, duplicative state court litigation in the Circuit Court

1   for Dane County, Wisconsin, first filed on September 11, 2007.

2       Before filing this Motion, Cumis met and conferred with Plaintiffs regarding its substance,

3   but the parties were unable to arrive at any informal resolution.

4       This motion is based upon this Notice of Motion and Motion, the accompanying

5   Memorandum of Points and Authorities in support thereof, the Declarations of Janice C. Doyle

6   and David A. Ring in support thereof, all pleadings on file in this action, and upon such other

7   matters as may be presented to the court at the time of the Motion.

8   DATED: December 5, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/Michael R. Davisson
Michael R. Davisson
David A. Ring
Attorneys for Defendant
CUMIS INSURANCE SOCIETY INC., an Iowa corporation, and CUNA MUTUAL GROUP, an erroneously sued non-entity