1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICHAEL R. DAVISSON  Bar No. 83278
2  michael.davisson@sdma.com
   DAVID A. RING  Bar No. 190011
3  david.ring@sdma.com
   801 South Figueroa Street, 19th Floor
4  Los Angeles, California  90017-5556
   Telephone:     (213) 426-6900
5  Facsimile:     (213) 426-6921

6  Attorneys for Defendant
   CUNA MUTUAL GROUP, a Wisconsin corporation and CUMIS INSURANCE SOCIETY,
7  INC., a Wisconsin corporation,

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | CESSNA EMPLOYEES CREDIT UNION, a Kansas state chartered credit union; ADVANTAGE PLUS FEDERAL CREDIT UNION, a Federally chartered credit union; EAST IDAHO CREDIT UNION, a Idaho state chartered credit union; HEALTH SERVICES CREDIT UNION; an Iowa state chartered credit union; IDAHO FALLS TEACHERS CREDIT UNION, an Idaho state chartered credit union; LES BOIS FEDERAL CREDIT UNION, a Federally chartered credit union; CLEARWATER CREDIT UNION, an Idaho state chartered credit union; SCENIC FALLS FEDERAL CREDIT UNION, a Federally chartered credit union; SIMCOE CREDIT UNION, an Idaho state chartered credit union, ST. ALPHONSUS MEDICAL CREDIT UNION, an Idaho state chartered credit union; POCATELLO RAILROAD FEDERAL CREDIT UNION, a Federally chartered credit union; RACOM COMMUNITY CREDIT UNION, an Iowa state chartered credit union; and TRANSIT EMPLOYEES FEDERAL CREDIT UNION, a Federally chartered credit union,

       Plaintiffs,

       v.

CASE NO. CV 07 5771 (JSW)

Hon. Jeffrey S. White

**DECLARATION OF DAVID A. RING IN SUPPORT DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION OR, IN THE ALTERNATIVE, TO STAY THIS ACTION PENDING COMPLETION OF FIRST-FILED STATE COURT PROCEEDINGS**

[Filed Concurrently with Notice of Motion and Motion, Memorandum of Points and Authorities, Declaration of Janice C. Doyle in Support Thereof, and [Proposed] Order]

DATE:          January 11, 2008
TIME:          9:00 a.m.
COURTROOM:     2

-1-                                                 **CASE NO. CV 07 5771 (JSW)**
                                                     DECLARATION OF DAVID A. RING
                                          IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

CUNA MUTUAL GROUP, a Wisconsin corporation and CUMIS INSURANCE SOCIETY, INC., a Wisconsin corporation,

Defendants.

I, David A. Ring, declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California, and am associated with the law firm of Sedgwick, Detert, Moran & Arnold LLP, counsel of record for defendants in the captioned matter. I have personal knowledge of the following facts, except where otherwise indicated, and if called upon to do so, I could and would testify competently thereto.

2. I am informed and believe that, on or about September 11, 2007, defendant Cumis Insurance Society, Inc. caused to be filed in the Circuit Court for Dane County, Wisconsin, a Complaint for Declaratory Relief that concerns the coverage dispute at issue in the captioned matter. Attached hereto and marked Exhibit "2" is a true and correct copy of that Complaint for Declaratory Relief.

3. I am also informed and believe that defendant Cumis Insurance Society, Inc. amended the Dane County Complaint on or about November 16, 2007. Attached hereto and marked Exhibit "3" is a true and correct copy of the amended complaint that Cumis caused to be filed in the Circuit Court for Dane County, Wisconsin.

4. Attached hereto and marked Exhibit "4" is a true and correct copy of a letter I sent to counsel for plaintiffs herein seeking to informally resolve this dispute.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of December, 2007, at Los Angeles, California.

                                          /s/David A. Ring
                                          David A. Ring, Declarant