UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CESSNA EMPLOYEES CREDIT UNION, a Kansas state chartered credit union; ADVANTAGE PLUS FEDERAL CREDIT UNION, a Federally chartered credit union; EAST IDAHO CREDIT UNION, a Idaho state chartered credit union; HEALTH SERVICES CREDIT UNION; an Iowa state chartered credit union; IDAHO FALLS TEACHERS CREDIT UNION, an Idaho state chartered credit union; LES BOIS FEDERAL CREDIT UNION, a Federally chartered credit union; CLEARWATER CREDIT UNION, an Idaho state chartered credit union; SCENIC FALLS FEDERAL CREDIT UNION, a Federally chartered credit union; SIMCOE CREDIT UNION, an Idaho state chartered credit union, ST. ALPHONSUS MEDICAL CREDIT UNION, an Idaho state chartered credit union; POCATELLO RAILROAD FEDERAL CREDIT UNION, a Federally chartered credit union; RACOM COMMUNITY CREDIT UNION, an Iowa state chartered credit union; and TRANSIT EMPLOYEES FEDERAL CREDIT UNION, a Federally chartered credit union,<br><br>      Plaintiffs,<br><br>   v.<br><br>CUNA MUTUAL GROUP, a Wisconsin | CASE NO. CV 07 5771 (JSW)<br><br>Hon. Jeffrey S. White<br><br>**[PROPOSED] ORDER RE DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION OR, IN THE ALTERNATIVE, TO STAY ACTION PENDING COMPLETION OF FIRST- FILED STATE COURT PROCEEDING**<br><br>**[FRCP 12(b)(1)]**<br><br>DATE:          January 11, 2008<br>TIME:          9:00 a.m.<br>COURTROOM:  2 |

| | |
|---|---|
| 1 | corporation and CUMIS INSURANCE SOCIETY, INC., a Wisconsin corporation, |
| 2 | |
| 3 | Defendants. |

The motion by defendants to dismiss the complaint filed by plaintiffs Cessna Employees' Credit Union, Advantage Plus Federal Credit Union, East Idaho Credit Union, Health Services Credit Union, Idaho Falls Teachers Credit Union, Les Bois Federal Credit Union, Clearwater Credit Union, Scenic Falls Federal Credit Union, Simcoe Credit Union, St. Alphonsus Medical Credit Union, Pocatello Railroad Federal Credit Union, Racom Community Credit Union, and Transit Employees Federal Credit Union (collectively, "Plaintiffs") for lack of subject matter jurisdiction, or, in the alternative, for an order staying this action pending resolution of ongoing, duplicative state court litigation came on regularly for hearing before Hon. Jeffrey S. White on January 11, 2008. Appearances of counsel were as set forth on the record.

The Court having considered the papers and pleadings on file and the oral arguments of counsel,

IT IS HEREBY ORDERED:

The Motion to Dismiss for Lack of Subject Matter Jurisdiction is GRANTED because the complete diversity of citizenship required by 28 U.S.C. 1332(a) is absent given that plaintiffs Racom Community Credit Union and Health Services Credit Union and defendant Cumis Insurance Society, Inc., are citizens of the State of Iowa.

[Alternatively:]

The Motion to Stay Pending Completion of the First-Filed State Court Proceeding is GRANTED because the balancing of factors set forth in *Colorado River Water Conservation*

1  *District v. United States,* 424 U.S. 800, 96 S. Ct. 1236 (1976) and subsequent United States

2  Supreme Court and Ninth Circuit decisions weigh in favor of the Court declining to exercise

3  jurisdiction over this matter until such time as the state court proceeding in the Circuit Court for

4  Dane County, Wisconsin, first filed on September 11, 2007, has concluded.

5  DATED: _____

6

7

   By:  _____
8       HON. JEFFREY S. WHITE
        Judge of the United States District Court for the
9       Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28