1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   ROBERT C. GEBHARDT (Bar No. 48965)
2  J.T. WELLS BLAXTER (Bar No. 190222)
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3824
   Telephone:   (415) 398-8080
4  Facsimile:   (415) 398-5584
   Email:       rgebhardt@jmbm.com
5               wblaxter@jmbm.com

6  Attorneys for Plaintiffs CESSNA EMPLOYEES CREDIT
   UNION, ADVANTAGE PLUS FEDERAL CREDIT UNION,
7  EAST IDAHO CREDIT UNION, HEALTH SERVICES CREDIT
   UNION, IDAHO FALLS TEACHERS CREDIT UNION, LES
8  BOIS FEDERAL CREDIT UNION, CLEARWATER CREDIT
   UNION, SCENIC FALLS FEDERAL CREDIT UNION, and
9  SIMCOE CREDIT UNION, ST. ALPHONSUS MEDICAL
   CREDIT UNION, POCATELLO RAILROAD FEDERAL
10 CREDIT UNION, and RACOM COMMUNITY CREDIT UNION

11

12 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   MICHAEL H. AHRENS (Bar No. 44766)
13 ORI KATZ (Bar No. 209561)
   Four Embarcadero Center, Seventeenth Floor
14 San Francisco, California 94111-3824
   Telephone:   (415) 434-9100
15 Facsimile:   (415) 434-3947
   Email:       mahrens@sheppardmullin.com
16              okatz@sheppardmullin.com

17 Attorneys for Plaintiff TRANSIT EMPLOYEES FEDERAL
   CREDIT UNION

18
                UNITED STATES DISTRICT COURT
19
                NORTHERN DISTRICT OF CALIFORNIA
20
                    SAN FRANCISCO DIVISION
21

22 | CESSNA EMPLOYEES CREDIT UNION; a | CASE NO. C07-05771 JSW |
   | Kansas state chartered credit union; | |
23 | ADVANTAGE PLUS FEDERAL CREDIT | **CERTIFICATE OF SERVICE RE: ORDER** |
   | UNION, a Federally chartered credit union; | **SETTING CASE MANAGEMENT** |
24 | EAST IDAHO CREDIT UNION, an Idaho state | **CONFERENCE AND REQUIRING JOINT** |
   | chartered credit union; HEALTH SERVICES | **CASE MANAGEMENT STATEMENT** |
25 | CREDIT UNION; an Iowa state chartered credit | |
   | union; IDAHO FALLS TEACHERS CREDIT | |
26 | UNION, an Idaho state chartered credit union; | |
   | and LES BOIS FEDERAL CREDIT UNION; a | |
27 | Federally chartered credit union; | |
   | CLEARWATER CREDIT UNION, an Idaho | |
28 | state chartered credit union; SCENIC FALLS | |
   | FEDERAL CREDIT UNION, a Federally | |

1  chartered credit union; and SIMCOE CREDIT UNION, an Idaho state chartered credit union;
2  ST. ALPHONSUS MEDICAL CREDIT UNION, an Idaho state chartered credit union;
3  POCATELLO RAILROAD FEDERAL CREDIT UNION, a Federally chartered credit
4  union; RACOM COMMUNITY CREDIT UNION, an Iowa state chartered credit union;
5  and, TRANSIT EMPLOYEES FEDERAL CREDIT UNION, a Federally chartered credit
6  union,

7              Plaintiffs,

8        v.

9  CUNA MUTUAL GROUP, a Wisconsin corporation and CUMIS INSURANCE
10 SOCIETY, INC., a Wisconsin corporation,

11             Defendants.

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

On December 4, 2007 I served the document(s) described as **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT STATEMENT** in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Michael R. Davisson, Esq.
David A. Ring, Esq.
Sedgwick, Detert, Morgan & Arnold LLP
801 South Figueroa Street, 18th Floor
Los Angeles, CA  90017-5556

☒ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on December 4, 2007 at San Francisco, California.

☒ (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Angela Pereira