1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   ROBERT C. GEBHARDT (Bar No. 48965)
2  J.T. WELLS BLAXTER (Bar No. 190222)
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3824
   Telephone:   (415) 398-8080
4  Facsimile:   (415) 398-5584
   Email:       rgebhardt@jmbm.com
5               wblaxter@jmbm.com

6  Attorneys for Plaintiffs CESSNA EMPLOYEES CREDIT
   UNION, ADVANTAGE PLUS FEDERAL CREDIT UNION,
7  EAST IDAHO CREDIT UNION, HEALTH SERVICES CREDIT
   UNION, IDAHO FALLS TEACHERS CREDIT UNION, LES
8  BOIS FEDERAL CREDIT UNION, CLEARWATER CREDIT
   UNION, SCENIC FALLS FEDERAL CREDIT UNION, and
9  SIMCOE CREDIT UNION, ST. ALPHONSUS MEDICAL
   CREDIT UNION, POCATELLO RAILROAD FEDERAL
10 CREDIT UNION, RACOM COMMUNITY CREDIT UNION and
   TRANSIT EMPLOYEES FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CESSNA EMPLOYEES CREDIT UNION; a Kansas state chartered credit union; ADVANTAGE PLUS FEDERAL CREDIT UNION, a Federally chartered credit union; EAST IDAHO CREDIT UNION, an Idaho state chartered credit union; HEALTH SERVICES CREDIT UNION; an Iowa state chartered credit union; IDAHO FALLS TEACHERS CREDIT UNION, an Idaho state chartered credit union; and LES BOIS FEDERAL CREDIT UNION; a Federally chartered credit union; CLEARWATER CREDIT UNION, an Idaho state chartered credit union; SCENIC FALLS FEDERAL CREDIT UNION, a Federally chartered credit union; and SIMCOE CREDIT UNION, an Idaho state chartered credit union, ST. ALPHONSUS MEDICAL CREDIT UNION, an Idaho state chartered credit union; POCATELLO RAILROAD FEDERAL CREDIT UNION, a Federally chartered credit union; RACOM COMMUNITY CREDIT UNION, an Iowa state chartered credit union; and, TRANSIT EMPLOYEES FEDERAL CREDIT UNION, a Federally chartered credit union, <br><br>Plaintiffs, | CASE NO.    CV 07 5771 <br><br> SUBSTITUTION OF ATTORNEYS |

1     v.

2 CUNA MUTUAL GROUP, a Wisconsin
3 corporation and CUMIS INSURANCE
   SOCIETY, INC., a Wisconsin corporation,
4
        Defendants.
5

6

7     Plaintiff TRANSIT EMPLOYEES FEDERAL CREDIT UNION, a Federally

8 chartered credit union, hereby substitutes the law firm of Jeffer, Mangels, Butler & Marmaro LLP

9 as its attorney of record in place of Sheppard, Mullin, Richter & Hampton LLP. The new firm

10 name, address and attorney of record is:

11     Robert C. Gebhardt (rgebhardt@jmbm.com)
      J.T. Wells Blaxter (wblaxter@jmbm.com)
12     Jeffer, Mangels, Butler & Marmaro LLP
      Two Embarcadero Center, 5th Floor
13     San Francisco, CA 94111
14     Facsimile: (415) 398-5584
      Telephone: (415) 398-8080
15

16     The undersigned consents to the above substitution on behalf of TRANSIT

17 EMPLOYEES FEDERAL CREDIT UNION.

18

19 DATED: December 11, 2007         _____
                                                     PERCYS H. FELDER
20                                                      President and Chief Executive Officer
21                                                      TRANSIT EMPLOYEES FEDERAL CREDIT
                                                     UNION
22

23     The undersigned consents to the above substitution.

24 DATED: December 14, 2007       SHEPPARD MULLIN RICHTER & HAMPTON LLP

25

26                                                      By: _____
                                                              MICHAEL H. AHRENS
27                                                    Former Attorneys for Plaintiff TRANSIT
                                                   EMPLOYEES FEDERAL CREDIT UNION

28

1  The undersigned is duly admitted to practice in the Northern District of California
2  and accepts the above substitution.
3
4  DATED: December 14, 2007          JEFFER, MANGELS, BUTLER & MARMARO LLP
5
6                                    By: _____
7                                        ROBERT C. GEBHARDT
                                         J.T. WELLS BLAXTER
8                                    New Attorneys for Plaintiff TRANSIT EMPLOYEES
                                     FEDERAL CREDIT UNION

- 3 -

643171v1

Substitution of Attorneys
Case No. CV 07 5771 JSW

**ORDER**

IT IS SO ORDERED.

DATED: December ___, 2007

_____
Honorable Jeffrey S. White