```
1   JEFFER, MANGELS, BUTLER & MARMARO LLP
    ROBERT C. GEBHARDT (Bar No. 48965)
2   J.T. WELLS BLAXTER (Bar No. 190222)
    Two Embarcadero Center, Fifth Floor
3   San Francisco, California 94111-3824
    Telephone:   (415) 398-8080
4   Facsimile:   (415) 398-5584
    Email:       rgebhardt@jmbm.com
5                wblaxter@jmbm.com

6   Attorneys for Plaintiffs CESSNA EMPLOYEES CREDIT
    UNION, ADVANTAGE PLUS FEDERAL CREDIT UNION,
7   EAST IDAHO CREDIT UNION, HEALTH SERVICES CREDIT
    UNION, IDAHO FALLS TEACHERS CREDIT UNION, LES
8   BOIS FEDERAL CREDIT UNION, CLEARWATER CREDIT
    UNION, SCENIC FALLS FEDERAL CREDIT UNION, and
9   SIMCOE CREDIT UNION, ST. ALPHONSUS MEDICAL
    CREDIT UNION, POCATELLO RAILROAD FEDERAL
10  CREDIT UNION, RACOM COMMUNITY CREDIT UNION and
    TRANSIT EMPLOYEES FEDERAL CREDIT UNION
11
```

                            UNITED STATES DISTRICT COURT

                            NORTHERN DISTRICT OF CALIFORNIA

                                SAN FRANCISCO DIVISION

| | |
|---|---|
| CESSNA EMPLOYEES CREDIT UNION; a Kansas state chartered credit union; ADVANTAGE PLUS FEDERAL CREDIT UNION, a Federally chartered credit union; EAST IDAHO CREDIT UNION, an Idaho state chartered credit union; HEALTH SERVICES CREDIT UNION; an Iowa state chartered credit union; IDAHO FALLS TEACHERS CREDIT UNION, an Idaho state chartered credit union; and LES BOIS FEDERAL CREDIT UNION; a Federally chartered credit union; CLEARWATER CREDIT UNION, an Idaho state chartered credit union; SCENIC FALLS FEDERAL CREDIT UNION, a Federally chartered credit union; and SIMCOE CREDIT UNION, an Idaho state chartered credit union, ST. ALPHONSUS MEDICAL CREDIT UNION, an Idaho state chartered credit union; POCATELLO RAILROAD FEDERAL CREDIT UNION, a Federally chartered credit union; RACOM COMMUNITY CREDIT UNION, an Iowa state chartered credit union; and, TRANSIT EMPLOYEES FEDERAL CREDIT UNION, a Federally chartered credit union, <br><br>          Plaintiffs, | CASE NO.   CV 07 5771 <br><br> **SUBSTITUTION OF ATTORNEYS** |

```
 1            v.
 2   CUNA MUTUAL GROUP, a Wisconsin
     corporation and CUMIS INSURANCE
 3   SOCIETY, INC., a Wisconsin corporation,
 4
             Defendants.
 5
 6
 7        Plaintiff TRANSIT EMPLOYEES FEDERAL CREDIT UNION, a Federally
 8   chartered credit union, hereby substitutes the law firm of Jeffer, Mangels, Butler & Marmaro LLP
 9   as its attorney of record in place of Sheppard, Mullin, Richter & Hampton LLP. The new firm
10   name, address and attorney of record is:
11        Robert C. Gebhardt (rgebhardt@jmbm.com)
          J.T. Wells Blaxter (wblaxter@jmbm.com)
12        Jeffer, Mangels, Butler & Marmaro LLP
          Two Embarcadero Center, 5th Floor
13        San Francisco, CA 94111
          Facsimile: (415) 398-5584
14        Telephone: (415) 398-8080
15
16        The undersigned consents to the above substitution on behalf of TRANSIT
17   EMPLOYEES FEDERAL CREDIT UNION.
18
19   DATED: December 11, 2007           _____
                                        PERCYS H. FELDER
20                                      President and Chief Executive Officer
                                        TRANSIT EMPLOYEES FEDERAL CREDIT
21                                      UNION
22
23        The undersigned consents to the above substitution.
24   DATED: December 14, 2007           SHEPPARD MULLIN RICHTER & HAMPTON LLP
25
26                                      By: _____
                                             MICHAEL H. AHRENS
27                                      Former Attorneys for Plaintiff TRANSIT
                                        EMPLOYEES FEDERAL CREDIT UNION
28
```

1  The undersigned is duly admitted to practice in the Northern District of California
2  and accepts the above substitution.
3
4  DATED: December 14, 2007                JEFFER, MANGELS, BUTLER & MARMARO LLP
5
6                                          By: _____
7                                              ROBERT C. GEBHARDT
                                                J.T. WELLS BLAXTER
                                          New Attorneys for Plaintiff TRANSIT EMPLOYEES
8                                         FEDERAL CREDIT UNION

643171v1

- 3 -

Substitution of Attorneys
Case No. CV 07 5771 JSW

**ORDER**

IT IS SO ORDERED.

DATED: December 14, 2007

_____
Honorable Jeffrey S. White