JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT (Bar No. 48965)
J.T. WELLS BLAXTER (Bar No. 190222)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:   (415) 398-8080
Facsimile:   (415) 398-5584
Email:       rgebhardt@jmbm.com
             wblaxter@jmbm.com

Attorneys for Plaintiffs CESSNA EMPLOYEES CREDIT UNION, ADVANTAGE PLUS FEDERAL CREDIT UNION, EAST IDAHO CREDIT UNION, HEALTH SERVICES CREDIT UNION, IDAHO FALLS TEACHERS CREDIT UNION, LES BOIS FEDERAL CREDIT UNION, CLEARWATER CREDIT UNION, SCENIC FALLS FEDERAL CREDIT UNION, and SIMCOE CREDIT UNION, ST. ALPHONSUS MEDICAL CREDIT UNION, POCATELLO RAILROAD FEDERAL CREDIT UNION, RACOM COMMUNITY CREDIT UNION and TRANSIT EMPLOYEES FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CESSNA EMPLOYEES CREDIT UNION; a Kansas state chartered credit union; ADVANTAGE PLUS FEDERAL CREDIT UNION, a Federally chartered credit union; EAST IDAHO CREDIT UNION, an Idaho state chartered credit union; HEALTH SERVICES CREDIT UNION; an Iowa state chartered credit union; IDAHO FALLS TEACHERS CREDIT UNION, an Idaho state chartered credit union; and LES BOIS FEDERAL CREDIT UNION; a Federally chartered credit union; CLEARWATER CREDIT UNION, an Idaho state chartered credit union; SCENIC FALLS FEDERAL CREDIT UNION, a Federally chartered credit union; and SIMCOE CREDIT UNION, an Idaho state chartered credit union, ST. ALPHONSUS MEDICAL CREDIT UNION, an Idaho state chartered credit union; POCATELLO RAILROAD FEDERAL CREDIT UNION, a Federally chartered credit union; RACOM COMMUNITY CREDIT UNION, an Iowa state chartered credit union; and, TRANSIT EMPLOYEES FEDERAL CREDIT UNION, a Federally chartered credit union,<br><br>Plaintiffs, | CASE NO.   CV 07 5771<br><br>**NOTICE OF PENDENCY OF OTHER ACTION**<br><br>**(Civil L.R. 3-13)** |

1
2   v.
3   CUNA MUTUAL GROUP, a Wisconsin corporation and CUMIS INSURANCE SOCIETY, INC., a Wisconsin corporation,
4
5           Defendants.
6
7           Plaintiffs CESSNA EMPLOYEES CREDIT UNION; a Kansas state chartered credit
8   union; ADVANTAGE PLUS FEDERAL CREDIT UNION, a Federally chartered credit union;
9   EAST IDAHO CREDIT UNION, an Idaho state chartered credit union; HEALTH SERVICES
10  CREDIT UNION, an Iowa state chartered credit union (a division of Alliant Credit Union); IDAHO
11  FALLS TEACHERS CREDIT UNION, an Idaho state chartered credit union; LES BOIS
12  FEDERAL CREDIT UNION, a Federally chartered credit union; CLEARWATER CREDIT
13  UNION, an Idaho state chartered credit union; SCENIC FALLS FEDERAL CREDIT UNION, a
14  Federally chartered credit union; and SIMCOE CREDIT UNION, an Idaho state chartered credit
15  union; ST. ALPHONSUS MEDICAL CREDIT UNION, an Idaho state chartered credit union;
16  POCATELLO RAILROAD FEDERAL CREDIT UNION, a Federally chartered credit union;
17  RACOM COMMUNITY CREDIT UNION, an Iowa state chartered credit union; and TRANSIT
18  EMPLOYEES FEDERAL CREDIT UNION, a Federally chartered credit union, file this Notice of
19  Pendency of Other Action, pursuant to Civil Local Rule 3-13.
20  **I.      THE OTHER ACTION**
21          On September 11, 2007, Defendant Cumis Insurance Society, Inc. ("Cumis") filed a
22  complaint for declaratory relief in the Circuit Court of Dane County, Wisconsin.  By this complaint,
23  Cumis seeks an adjudication of the scope of coverage of bonds it wrote for the benefit of the
24  thirteen Credit Unions it named as Defendants.  These same thirteen Credit Unions are the Plaintiffs
25  in this action.  The Wisconsin state court complaint was not served on any of the Credit Unions
26  until November 15, 2007.  The instant action was filed by the Credit Unions on November 14, 2007.
27          On December 4, 2007, the Credit Unions timely removed the Wisconsin state court
28  action to the United States District Court for the Eastern District of Wisconsin.  The Credit Unions

1  v.
2  CUNA MUTUAL GROUP, a Wisconsin corporation and CUMIS INSURANCE SOCIETY, INC., a Wisconsin corporation,

           Defendants.

           Plaintiffs CESSNA EMPLOYEES CREDIT UNION; a Kansas state chartered credit union; ADVANTAGE PLUS FEDERAL CREDIT UNION, a Federally chartered credit union; EAST IDAHO CREDIT UNION, an Idaho state chartered credit union; HEALTH SERVICES CREDIT UNION, an Iowa state chartered credit union (a division of Alliant Credit Union); IDAHO FALLS TEACHERS CREDIT UNION, an Idaho state chartered credit union; LES BOIS FEDERAL CREDIT UNION, a Federally chartered credit union; CLEARWATER CREDIT UNION, an Idaho state chartered credit union; SCENIC FALLS FEDERAL CREDIT UNION, a Federally chartered credit union; and SIMCOE CREDIT UNION, an Idaho state chartered credit union; ST. ALPHONSUS MEDICAL CREDIT UNION, an Idaho state chartered credit union; POCATELLO RAILROAD FEDERAL CREDIT UNION, a Federally chartered credit union; RACOM COMMUNITY CREDIT UNION, an Iowa state chartered credit union; and TRANSIT EMPLOYEES FEDERAL CREDIT UNION, a Federally chartered credit union, file this Notice of Pendency of Other Action, pursuant to Civil Local Rule 3-13.

**I.      THE OTHER ACTION**

           On September 11, 2007, Defendant Cumis Insurance Society, Inc. ("Cumis") filed a complaint for declaratory relief in the Circuit Court of Dane County, Wisconsin.  By this complaint, Cumis seeks an adjudication of the scope of coverage of bonds it wrote for the benefit of the thirteen Credit Unions it named as Defendants.  These same thirteen Credit Unions are the Plaintiffs in this action.  The Wisconsin state court complaint was not served on any of the Credit Unions until November 15, 2007.  The instant action was filed by the Credit Unions on November 14, 2007.

           On December 4, 2007, the Credit Unions timely removed the Wisconsin state court action to the United States District Court for the Eastern District of Wisconsin.  The Credit Unions

PRINTED ON
RECYCLED PAPER
644851v1
- 2 -
Notice of Pendency of Other Action
Case No. CV 07 5771 JSW

v.

CUNA MUTUAL GROUP, a Wisconsin corporation and CUMIS INSURANCE SOCIETY, INC., a Wisconsin corporation,

          Defendants.

          Plaintiffs CESSNA EMPLOYEES CREDIT UNION; a Kansas state chartered credit union; ADVANTAGE PLUS FEDERAL CREDIT UNION, a Federally chartered credit union; EAST IDAHO CREDIT UNION, an Idaho state chartered credit union; HEALTH SERVICES CREDIT UNION, an Iowa state chartered credit union (a division of Alliant Credit Union); IDAHO FALLS TEACHERS CREDIT UNION, an Idaho state chartered credit union; LES BOIS FEDERAL CREDIT UNION, a Federally chartered credit union; CLEARWATER CREDIT UNION, an Idaho state chartered credit union; SCENIC FALLS FEDERAL CREDIT UNION, a Federally chartered credit union; and SIMCOE CREDIT UNION, an Idaho state chartered credit union; ST. ALPHONSUS MEDICAL CREDIT UNION, an Idaho state chartered credit union; POCATELLO RAILROAD FEDERAL CREDIT UNION, a Federally chartered credit union; RACOM COMMUNITY CREDIT UNION, an Iowa state chartered credit union; and TRANSIT EMPLOYEES FEDERAL CREDIT UNION, a Federally chartered credit union, file this Notice of Pendency of Other Action, pursuant to Civil Local Rule 3-13.

**I.     THE OTHER ACTION**

          On September 11, 2007, Defendant Cumis Insurance Society, Inc. ("Cumis") filed a complaint for declaratory relief in the Circuit Court of Dane County, Wisconsin.  By this complaint, Cumis seeks an adjudication of the scope of coverage of bonds it wrote for the benefit of the thirteen Credit Unions it named as Defendants.  These same thirteen Credit Unions are the Plaintiffs in this action.  The Wisconsin state court complaint was not served on any of the Credit Unions until November 15, 2007.  The instant action was filed by the Credit Unions on November 14, 2007.

          On December 4, 2007, the Credit Unions timely removed the Wisconsin state court action to the United States District Court for the Eastern District of Wisconsin.  The Credit Unions

PRINTED ON RECYCLED PAPER

644851v1

- 2 -

Notice of Pendency of Other Action
Case No. CV 07 5771 JSW

1  answered the state court action in Eastern District of Wisconsin and filed a counterclaim against
2  Cumis alleging breach of contract, breach of the covenant of good faith and fair dealing, for bad
3  faith and for declaration of their coverage rights under the same bonds.  On December 6, 2007,
4  Cumis filed a motion to remand the Wisconsin action back to state court.  The Credit Unions will
5  timely oppose this motion to remand.

6  **II.     RELATIONSHIP OF OTHER ACTION TO INSTANT ACTION**

7  The Wisconsin complaint seeks declaratory relief under the bonds at issue here, and
8  against the same credit unions, but does not seek adjudication under all bases for recovery claimed
9  by the Credit Unions in this action.  The Credit Unions' Counterclaim in Wisconsin, however, does
10 seek the same relief as the Credit Unions seek in the instant action.  This action and the Wisconsin
11 action involves the same parties, except that CUNA Mutual was named as a defendant in the instant
12 action and is not a party, at this time, to the Wisconsin action.  Both actions arise under the same set
13 of facts.

14 **III.    COORDINATION OF ACTIONS**

15 Coordination of these actions will avoid conflicts, conserve resources and promote
16 an efficient determination of the action.  Therefore, Plaintiff Credit Unions, in this action, are
17 willing to stay this action, pending the ruling of the Wisconsin District Court on the Motion to
18 Remand.  Once this Wisconsin District Court has ruled on this motion, the parties will further meet
19 and confer and attempt to stipulate as to the venue for adjudicating this matter.

20
21 DATED:  December 18, 2007           JEFFER, MANGELS, BUTLER & MARMARO LLP
22
23                                     By:     */s/ J.T. Wells Blaxter*
                                               ROBERT C. GEBHARDT
24                                             J.T. WELLS BLAXTER
                                       Attorneys for Plaintiff Credit Unions
25
26
27
28