IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CESSNA EMPLOYEES CREDIT UNION, et al.

    Plaintiffs,

v.

CUNA MUTUAL GROUP, et al.

    Defendants.

No. C 07-05771 JSW

**ORDER APPROVING SUBSTITUTION OF ATTORNEYS**

Pursuant to the Substitution of Attorneys filed on December 14, 2007 (Docket No. 14), the substitution is HEREBY APPROVED, and Robert C. Gebhart, Esq. And J.T. Wells Blaxter, Esq. of Jeffer, Mangels, Butler & Marmaro, LLP, Two Embarcadero Center, 5th Floor, San Francisco, CA 94111, Facsimile: 415-398-5584, Telephone: 415-398-8080 shall be substituted in as counsel in place of Michael H. Aherens, Esq. of Sheppard Mullin Richter & Hampton LLP.

**IT IS SO ORDERED.**

Dated: December 18, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE