JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT (Bar No. 48965)
J.T. WELLS BLAXTER (Bar No. 190222)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:   (415) 398-8080
Facsimile:    (415) 398-5584
Email:         rgebhardt@jmbm.com
                   wblaxter@jmbm.com

Attorneys for Plaintiffs CESSNA EMPLOYEES CREDIT UNION, ADVANTAGE PLUS FEDERAL CREDIT UNION, EAST IDAHO CREDIT UNION, HEALTH SERVICES CREDIT UNION, IDAHO FALLS TEACHERS CREDIT UNION, LES BOIS FEDERAL CREDIT UNION, CLEARWATER CREDIT UNION, SCENIC FALLS FEDERAL CREDIT UNION, and SIMCOE CREDIT UNION, ST. ALPHONSUS MEDICAL CREDIT UNION, POCATELLO RAILROAD FEDERAL CREDIT UNION, RACOM COMMUNITY CREDIT UNION and TRANSIT EMPLOYEES FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CESSNA EMPLOYEES CREDIT UNION; a Kansas state chartered credit union; ADVANTAGE PLUS FEDERAL CREDIT UNION, a Federally chartered credit union; EAST IDAHO CREDIT UNION, an Idaho state chartered credit union; HEALTH SERVICES CREDIT UNION; an Iowa state chartered credit union; IDAHO FALLS TEACHERS CREDIT UNION, an Idaho state chartered credit union; and LES BOIS FEDERAL CREDIT UNION; a Federally chartered credit union; CLEARWATER CREDIT UNION, an Idaho state chartered credit union; SCENIC FALLS FEDERAL CREDIT UNION, a Federally chartered credit union; and SIMCOE CREDIT UNION, an Idaho state chartered credit union, ST. ALPHONSUS MEDICAL CREDIT UNION, an Idaho state chartered credit union; POCATELLO RAILROAD FEDERAL CREDIT UNION, a Federally chartered credit union; RACOM COMMUNITY CREDIT UNION, an Iowa state chartered credit union; and, TRANSIT EMPLOYEES FEDERAL CREDIT UNION, a Federally chartered credit union,<br><br>Plaintiffs, | CASE NO.   CV 07 5771<br><br>**DECLARATION OF ORI KATZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION OR, IN THE ALTERNATIVE, TO STAY ACTION PENDING COMPLETION OF FIRST-FILED STATE COURT PROCEEDING** |

|   |   |
|---|---|
| 1 | v. |
| 2 | CUNA MUTUAL GROUP, a Wisconsin corporation and CUMIS INSURANCE SOCIETY, INC., a Wisconsin corporation, |
| 3 | Defendants. |

I, ORI KATZ, declare:

1.  I am an attorney at law duly licensed to practice law before this Court. I was one of the attorneys of record for Plaintiff Transit Employees Federal Credit Union. I make this Declaration in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss, or in the alternative, to stay this action. Unless stated on information and belief, I have personal knowledge of the facts set forth herein and if called as a witness herein could and would competently testify of the matters set forth below.

2.  Attached hereto as Exhibit "A" is a true and correct copy of a letter my former client, Transit Employees Federal Credit Union's President, Percys H. Felder sent to CUNA Mutual Group and Cumis Insurance Society, Inc. on March 21, 2007, in which Ms. Felder gave notice of the credit union's loss and made a claim pursuant to the express terms of the fidelity Transit had purchased from CUNA and/or Cumis.

3.  Attached hereto as Exhibit "B" is a true and correct copy of a March 22, 2007 letter my partner, Michael H. Ahrens sent to CUNA Mutual Group and Cumis Insurance Society, Inc. in which he confirmed Ms. Felder's March 21, 2007 letter and informed CUNA and Cumis that LoriMac, Inc.'s principal, Lorraine Legg invoked her Fifth Amendment right and refused to answer any questions posed at the First Meeting of Creditors under Section 341 of the Bankruptcy Code.

4.  In his March 22, 2007 letter, Mr. Ahrens asked CUNA and/or Cumis to call him or me to discuss how we should proceed with Transit's claim under the Bond.

5.  Attached hereto as Exhibit "C" is a true and correct copy of Transit Federal Employees Federal Credit Union's formal Proof of Loss dated June 6, 2007 which was submitted on a CUNA Mutual Group and Cumis Insurance Society, Inc. form.

1    I declare under penalty of perjury under the law of the State of California that the
2 foregoing is true and correct.

4    Executed this 20th day of December 2007 at Costa Mesa, California.

                                        _____
                                                ORI KATZ

# EXHIBIT A



14TZ - 129528
CORRESPONDENCE


AMERICAN
CREDIT
UNIONS

Employees Federal Credit Union
2000 Bladensburg Road, N.E.
Washington, DC 20018


metro

Clarence J. Pringle
*Chairman of the Board*

Percys H. Felder
*President*

James H. Arrington
*Treasurer*

March 21, 2007

Cuna Mutual Group
CUMIS Insurance Society, Inc.
P.O. Box 391
5910 Mineral Point Road
Madison, WI 53701-0391

RE:   Transit Employees Federal Credit Union
      Credit Union Bond
      Policy No. 104993
      Bond 104993-2



To the Addressee:

Pursuant to paragraph 11 of the above-referenced bond (the "Bond"), the Transit Employees Federal Credit Union ("Transit"), the insured under the Bond, hereby sends you this written notice of loss at the earliest practicable moment after our discovery of the loss. We will attempt to briefly describe the loss in this notice. Our description of amounts of loss are not complete, as we will be investigating these matters further. We also understand that the Notice of Discovery need not contain a description of the amount, but we will attempt to inform you of knowledge we presently have and expand when we file a proof of loss.

On or about October 14, 2004, Transit entered into a "Credit Union Support Services and Correspondent Mortgage Lending Agreement" ("Servicing Contract") with LORIMAC, INC, a Delaware Corporation ("Lorimac"). A copy of the Servicing Contract is attached to this letter. Under the Servicing Contract, Lorimac agreed to collect and record payments on real estate mortgages and to perform other related services such as sell such loans.

Chartered March 29, 1940
(202) 832-5100   FAX (202) 529-6257
www.transitefcu.org

**EXHIBIT A**

Cuna Mutual Group
March 21, 2007
Page 2 of 2

In the fall of 2006, Transit authorized Lorimac to sell five loans as Transit's agent in accordance with the terms of the Servicing Contract. On February 13, 2007, Lorimac filed Chapter 7 bankruptcy and a trustee was appointed. As of that date, Transit did not know whether or not the loans had been sold. After the filing of the Chapter 7 bankruptcy case, the president of Transit traveled from her office in Washington, D.C. to attempt to meet with representatives of Lorimac and determine what happened with respect to the five loans. During that trip, on February 22, 2007, Transit discovered that such loans were transferred to a third party, and the proceeds of such loans were not delivered to Transit. Since that time, Transit has attempted to learn more facts with respect to these matters and is continuing to develop those facts.

Lorimac is a "Servicing Contractor" within the meaning of the Bond. Under paragraph 27(3)(f) of the Bond, for purposes which apply here, an employee means a Servicing Contractor and all persons employed by a Servicing Contractor, including its officers and employees. While we are still investigating all of the facts, it is apparent now that dishonest acts were committed by such employee with the manifest intent to cause us to sustain loss and/or to obtain an improper financial benefit for such employee or entity.

We are investigating the amount of the loss. At this time, we believe that Transit has lost the principal amount of the five loans that should have been paid to us, which was $916,000. In addition, we will be entitled to interest on such amounts and our costs including attorney fees. We are also investigating further losses under the Servicing Contract, including the possibility that certain further funds paid by holders of our notes may not have been forwarded to Transit as required. We believe that certain such additional funds were also diverted and not paid to Transit. We will supplement this Notice later as we discover additional matters, and send you at the appropriate time a Proof of Loss.

If you have any question regarding this notice, please call our counsel in San Francisco, who is investigating these matters and the bankruptcy of Lorimac. That counsel is Michael Ahrens and Ori Katz, who can be reached at (415) 434-9100. Their address and email are as follows: Sheppard, Mullin, Richter & Hampton LLP, 4 Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109; mahrens@sheppardmullin.com; okatz@sheppardmullin.com.

Percys Felder, President/CEO

cc:  Michael H. Ahrens, Esq.
     Ori Katz, Esq.

FedEx | Ship Manager | Label 7996 0818 6478                                  Page 1 of 1

From: Origin ID: APCA  (415)774-2917
Dawn Whitehead
Sheppard Mullin
4 Embarcadero Center

San Francisco, CA 94111

CLS022307/21V23

SHIP TO: (415)774-2917        BILL SENDER
**CUMIS Insurance Society, Inc.**
**Cuna Mutual Group**
**5910 Mineral Point Road**

**Madison, WI 53701**



Ship Date: 21MAR07
ActWgt: 1 LB
System#: 4226401/INET2600
Account#: S *********

Delivery Address Bar Code



Ref #    14TZ-129528
Invoice #
PO #
Dept #

**STANDARD OVERNIGHT**                THU

TRK# 7996 0818 6478   FORM 0201        Deliver 22MAR

                                       MSN    A1

53701      -WI-US
                                       **XH LNRA**



---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**



**CORRESPONDENCE**

Four Embarcadero Center | 17th Floor | San Francisco, CA 94111-4106
415-434-9100 office | 415-434-3947 fax | www.sheppardmullin.com

March 22, 2007

Cuna Mutual Group
CUMIS Insurance Society, Inc.
P.O. Box 391
5910 Mineral Point Road
Madison, WI 53701-0391

Re: Transit Employees F[ederal]
Credit Union Bond, [...]

To the Addressee:

     As you know our firm represents the Transit Employees Federal Credit Union ("Transit"). They have sent us a copy of their letter to you dated March 21, 2007, giving you notice under that certain Credit Union Bond, Policy No. 104993, Bond 104993-2 ("Bond"). As they set forth in that letter, they are attempting to learn more facts with respect to these matters.

     Yesterday our firm appeared at the First Meeting of Creditors under Section 341 of the Bankruptcy Code for chapter 7 debtor Lori Mac, Inc. ("Lori Mac"). Lorraine Legg appeared for Lori Mac. She was the President of Lori Mac. At that meeting she is required to answer questions under oath about Lori Mac. She took the Fifth Amendment and refused to answer questions. This act alone verifies our suspicions that there has been dishonesty within the meaning of the Bond by the Servicing Contractor, Lori Mac, and their employees and officers.

     Please call us to talk about the method in which we can proceed with our Proof of Loss and to recover such loss. If you cannot reach me, please talk to my associate, Ori Katz, whose direct line is (415) 774-3238.

Very truly yours,

*Michael H. Ahrens*

Michael H. Ahrens

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:5DW\400246515.1
cc: Percys Felder

**EXHIBIT B**

FedEx | Ship Manager | Label 7929 5528 4580        Page 1 of 1

From: Origin ID: APCA (415)774-2917
Dawn Whitehead
Sheppard Mullin
4 Embarcadero Center

San Francisco, CA 94111



Ship Date: 22MAR07
ActWgt: 1 LB
System#: 4226401/INET2600
Account#: S *********

Delivery Address Bar Code

SHIP TO: (415)774-2917     BILL SENDER
**CUMIS Insurance Society, Inc.**
**Cuna Mutual Group**
**5910 Mineral Point Road**

**Madison, WI 53701**

Ref #    14TZ-129528
Invoice #
PO #
Dept #



**STANDARD OVERNIGHT**     **FRI**
Deliver
TRK#   **7929 5528 4580**   FORM 0201   23MAI
       MSN   A1

**53701**    -WI-US     **XH LNRA**



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# EXHIBIT C

## CUNA MUTUAL GROUP

CUMIS Insurance Society, Inc.

P.O. Box 1221 • 5910 Mineral Point Road
Madison, WI 53701-1221
Phone: 800/637-2676 • Fax: 608/231-7900
www.cunamutual.com

| CLAIM NO. | |
|---|---|
| STATE & CONTRACT NO. | MD 008-0096-7 |

For your protection California and Texas law requires the following to appear on this form. Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

# FIDELITY
# PROOF OF LOSS

Must be completed by the credit union in its entirety

| Credit Union Name/Insured: Transit Employees FCU | Address: ☒ Main ☐ Branch  2000 Bladensburg Rd. NE Washington, DC 20018 | | |
|---|---|---|---|
| Contact Person: Percys Felder | Telephone #: 202.528.7651 | Ext. #: | Date Loss Discovered: 2/22/07 |
| Credit Union e-mail address: | | | |

Type of claim being filed (check one):    __X__    Employee or Director Dishonesty    (See reverse side
                                          __X__    Lack of Faithful Performance       to itemize loss.)

Amount of Loss: $ 1,014,421.77 + additional fees    = $_____
                          (Less Deductible)              (Amount of Claim)

Describe manner in which loss occurred: Transit Employees FCU authorized its servicing contractor, Lori-Mac Inc., to sell 5 loans on the secondary market. On 2/22/07 Transit FCU discovered that those loans were transferred to a 3rd party and the proceeds of such loans were not delivered to Transit FCU. Dishonest acts were committed by Lori-Mac, Inc. and its partners, officers and employees (the "Employee") with the manifest intent to cause Transit FCU to sustain loss and/or to obtain an improper financial benefit for the Employee. Transit Employees FCU's investigation is continuing and this description may be amended or supplemented as a result.

Employee full name: Lori-Mac, Inc. and its partners, officers and employees.
Employee address: 655 Montgomery Street, San Francisco, CA
Social Security #: _____    Date of birth: _____    Date employed: _____
Position held by employee: Servicing Contractor    Last date of employment: _____

Law enforcement agency: _____
Address: _____
Phone #: _____    Case #: _____

Do you have any other insurance that applies to this loss:    No
Name of Insurer: _____
Type of Coverage: _____    Coverage Limit: _____
Contact Person: _____    Telephone #: _____

STATE OF    Maryland
COUNTY OF   Prince George's

I AM FIRST DULY SWORN AND STATE: THIS STATEMENT AND ANY ATTACHMENTS ARE COMPLETE AND TRUTHFUL RECITAL OF ALL THE FACTS AS NOW KNOWN. UPON PAYMENT OF THIS CLAIM, THE CREDIT UNION ASSIGNS ALL RIGHT OF RECOVERY TO CUMIS INSURANCE SOCIETY, INC.

SUBSCRIBED AND SWORN TO BEFORE ME THIS
_6th_ DAY OF _June_, 2007    _Percy H Felder - President/CEO_
                             (Signature of Credit Union Director and/or Officer)

NOTARY _[signature]_    _Percys H Felder - President/CEO_
                        (Print Name and Title)    Board member

237-CCB-1 (R2/02)    STEFAN BRADHAM
                    NOTARY PUBLIC STATE OF MARYLAND
                    My Commission Expires September 25, 2007

EXHIBIT C

## Itemized Statement of Claim

| DATE | DESCRIPTION OF ITEM | AMOUNT |
|---|---|---|
| 2/12/07 | Mortgage loan sold on secondary market but never received funds from Lori-Mac (mortgage loan service company) | $916,599.00 |
| 2/12/07 | Escrow amount held by Lori-Mac | 26,357.09 |
| 2/12/07 | Additional amount listed in the schedules of Lori-Mac on account of the claims of credit union members | 23,667.97 |
| 4/30/07 | Sheppard Mullin - Attorney fees | 37,120.37 |
| 3/31/07 | Dëso Buckley - Attorney fees | 10,667.34 |
| 2/08/07-3/22/07 | Travel expenses for staff to San Francisco, CA (Lori-Mac) | 18,133.41 |
|  | Additional fees and costs continud to accrue. This statement is subject to supplementation in order to reflect such additional fees and costs. |  |
|  | TOTAL LOSS | $1,014,421.77 |

| CREDITS | AMOUNT |
|---|---|
| SALARY, VACATION, SICK TIME _____ |  |
| SHARE ACCOUNTS _____ |  |
| OTHER CREDITS _____ |  |
| TOTAL CREDITS |  |
| NET LOSS |  |

237-CCB-1 (R2/02)