IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESSNA EMPLOYEES CREDIT UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CUNA MUTUAL GROUP, et al., <br><br> Defendants. | No. C 07-05771 JSW <br><br> **JUDGMENT** |

   Pursuant to the Order granting Defendants' motion to dismiss entered today, this action is DISMISSED. The Clerk is directed to close the file.

   **IT IS SO ORDERED AND ADJUDGED.**

Dated: January 2, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE